B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**United Support Solutions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>22-2317309 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**134 Sand Park Road**<br>**Cedar Grove, NJ**<br>ZIP Code **07009** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
*See Exhibit D on page 2 of this form.*

☐ Individual (includes Joint Debtors)
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **United Support Solutions, Inc.** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s):<br>**United Support Solutions, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Barry J. Roy 95694
Printed Name of Attorney for Debtor(s)

Rabinowitz, Lubetkin & Tully, LLC
Firm Name

293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
Address

973-597-9100  Fax: 973-597-9119
Telephone Number

October 19, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Joseph Ostering
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 19, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTION
## OF UNITED SUPPORT SOLUTIONS, INC.

We, the undersigned directors of United Support Solutions, Inc. (the "Company"), hereby confirm the adoption by the Board of Directors of the Company of the following resolutions at a duly called special meeting of the Board of Directors of the Company held on October 5, 2015:

BE IT RESOLVED that United Support Solutions, Inc. (the "Company") is authorized to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, L.L.C. to act as its bankruptcy counsel in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this _19TH_ day of _October_____, 2015.

_____
Joseph Ostering, Director

_____
John Ostering, Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **United Support Solutions, Inc.**

Debtor(s)

Case No. _____
Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Air Gas<br>5 Iron Horse Road<br>Oakland, NJ 07436 | Air Gas<br>5 Iron Horse Road<br>Oakland, NJ 07436 | | | 51,637.11 |
| Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Press Brake | | 121,500.00<br><br>(75,000.00 secured) |
| Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Laser Cutter | | 359,500.00<br><br>(250,000.00 secured) |
| Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Punch Press | | 199,990.00<br><br>(140,000.00 secured) |
| Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 | Press Brake | | 134,664.00<br><br>(90,000.00 secured) |
| American Express<br>c/o Jaffe & Asher LLP<br>660 Third Ave. 23rd Floor<br>Attn: Daniel Moken, Esq.<br>New York, NY 10016 | American Express<br>c/o Jaffe & Asher LLP<br>660 Third Ave. 23rd Floor<br>New York, NY 10016 | | | 27,750.00 |
| Anco Engineering<br>217 Long Hill Cross Road<br>Shelton, CT 06484 | Anco Engineering<br>217 Long Hill Cross Road<br>Shelton, CT 06484 | | | 28,921.00 |
| Cigna-Great West Health Care<br>Two College Park Dr<br>Hooksett, NH 03106 | Cigna-Great West Health Care<br>Two College Park Dr<br>Hooksett, NH 03106 | | | 29,391.15 |
| Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 | | | 1,771,666.55<br><br>(0.00 secured) |
| Herndon Products, Inc.<br>3801 Lloyd King Drive<br>O Fallon, MO 63368 | Herndon Products, Inc.<br>3801 Lloyd King Drive<br>O Fallon, MO 63368 | | | 260,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| John Paradiso<br>612 Westwood Ave.<br>River Vale, NJ 07675 | John Paradiso<br>612 Westwood Ave.<br>River Vale, NJ 07675 | | | 40,994.00 |
| Machinery Finance Resources<br>1310 Madrid Street<br>910 Day Hill Road<br>Windsor, CT 06095 | Machinery Finance Resources<br>1310 Madrid Street<br>910 Day Hill Road<br>Windsor, CT 06095 | okuma lb3000 ex | | 254,495.00<br><br>(200,000.00 secured) |
| NextEra Energy Services<br>PO Box 25236<br>Houston, TX 77070 | NextEra Energy Services<br>PO Box 25236<br>Houston, TX 77070 | | | 24,752.76 |
| Penn Stainless Products<br>190 Kelly Road<br>Quakertown, PA 18951 | Penn Stainless Products<br>190 Kelly Road<br>Quakertown, PA 18951 | | | 25,695.40 |
| Pierce Aluminum Co., Inc<br>995 Mearns Rd.<br>Warminster, PA 18974 | Pierce Aluminum Co., Inc<br>995 Mearns Rd.<br>Warminster, PA 18974 | | | 22,109.97 |
| Pierce Aluminum Headquarters<br>c/o Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA 70011-8390 | Pierce Aluminum Headquarters<br>c/o Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA 70011-8390 | | | 28,334.38 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | | | 56,091.68 |
| Woodward Engery<br>73 Water Street<br>PO Box 777<br>Bridgeton, NJ 08302-0499 | Woodward Engery<br>73 Water Street<br>PO Box 777<br>Bridgeton, NJ 08302-0499 | | | 22,184.85 |
| Yarde Metals<br>603 Murray Rd.<br>East Hanover, NJ 07936 | Yarde Metals<br>603 Murray Rd.<br>East Hanover, NJ 07936 | | | 112,000.00 |
| Zero Manufacturing Inc.<br>500 West. 200 North<br>North Salt Lake, UT 84054 | Zero Manufacturing Inc.<br>500 West. 200 North<br>North Salt Lake, UT 84054 | | | 53,520.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **United Support Solutions, Inc.** _____        Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 19, 2015** _____        Signature _____

                                                    **Joseph Ostering**
                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re  **United Support Solutions, Inc.** _____

_____
                                    Debtor

Case No. _____

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 25,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,113,815.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 17 | | 48,618.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 1,571,196.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 71 | | | |
| Total Assets | | | 25,000.00 | | |
| Total Liabilities | | | | 4,733,630.27 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re    **United Support Solutions, Inc.** _____    Case No. _____
                                              Debtor

                                                                  Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **United Support Solutions, Inc.**                                    Case No. _____

_____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **United Support Solutions, Inc.**                                    Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Payroll and Operating Accounts Investors Savings Bank 310 Pompton Ave. Cedar Grove, NJ 07009** | - | 25,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       25,000.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Exhibit A as of October 1, 2015 (book value 541,232.08)** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                            Sub-Total >          **0.00**
                                                        (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# Exhibit A

# Accounts Receivable Aging
## United Support Solutions
Customer Breakdown
Complete Listing

Date: 10/02/15
Time: 04:11:48 pm

As-of Date: 10/01/15

| Cust Code | Customer | Avg Days To Pay | 0 - 30 | 31 - 60 | 61 - 90 | 90 + | Total |
|---|---|---|---|---|---|---|---|
| 901D | 901 D, LLC | 8 | $14,837.92 | $.00 | $.00 | $.00 | $14,837.92 |
| ACE | ACE ELECTRONICS,INC. | 17 | $3,904.26 | $.00 | $.00 | $.00 | $3,904.26 |
| AEM | Agile Engineering & Man. LLC | 31 | $988.11 | $280.50 | $.00 | $.00 | $1,268.61 |
| AIR | AIR TECHNIQUES INC | 36 | $4,296.81 | $.00 | $.00 | $.00 | $4,296.81 |
| APPLIED | Applied Resources Corporation | 93 | $.00 | $.00 | $.00 | $20,604.59 | $20,604.59 |
| AT | Aerotech Processing Solutions | 97 | $1,658.31 | $1,947.33 | $7,397.15 | $6,526.47 | $17,529.26 |
| ATLANTIC C&E | Atlantic Casting & Engineering | 201 | $.00 | $.00 | $.00 | $201.71 | $201.71 |
| ATLS | ATLANTIC SCALE | 34 | $.00 | $.00 | $1,136.00 | $.00 | $1,136.00 |
| AUDI | Audio Design Associates, Inc. | 85 | $102.00 | $.00 | $.00 | $.00 | $102.00 |
| BENET | Benet Laboratories | 1 | $1,336.80 | $.00 | $.00 | $.00 | $1,336.80 |
| BOJAK | BOJAK CO. | 132 | $377.16 | $.00 | $.00 | $810.37 | $1,187.53 |
| CANB | Canberra Inc. | 65 | $624.97 | $931.24 | $.00 | $.00 | $1,556.21 |
| CMTC | CAMTEC INDUSTRIES | 71 | $707.82 | $549.78 | $.00 | $.00 | $1,257.60 |
| COLUMBIA RES | Columbia Research Laboratories | 33 | $1,028.80 | $.00 | $.00 | $.00 | $1,028.80 |
| COOP | COOPER SURGICAL | 45 | $1,365.88 | $1,399.44 | $.00 | -$4.60 | $2,760.72 |
| CUCH | CustomChill, Inc | 106 | $.00 | $.00 | $.00 | $2,033.59 | $2,033.59 |
| DAAC | DATA ACCESS | 46 | $.00 | $225.00 | $.00 | $.00 | $225.00 |
| DIL | DRIVEN INNOVATIONS, LLC | 64 | $3,940.57 | $.00 | $13.43 | $1,348.60 | $5,302.60 |
| DURX | Durex, Inc. | 85 | $1,853.27 | $.00 | $.00 | $.00 | $1,853.27 |
| ECI | ECI TECHNOLOGY | 31 | $4,333.35 | $2,304.25 | $.00 | $.00 | $6,637.60 |
| ELTP | Electrophysics/Sofradir EC | 32 | $660.45 | $.00 | $.00 | $.00 | $660.45 |
| EMCO | Emco Industrial Plastics | 82 | $1,832.09 | $2,098.52 | $183.60 | $4,235.37 | $8,349.58 |
| EXEL | EXELIS INC | 46 | $6,215.76 | $1,418.70 | $.00 | $.00 | $7,634.46 |
| FERM | Fermont / DRS | 14 | $12,648.08 | $.00 | $.00 | $.00 | $12,648.08 |
| FIDELITY | FIDELITY TECHNOLOGIES CORP. | 7 | $85,159.13 | $.00 | $.00 | $.00 | $85,159.13 |
| FIS | FISNAR | 42 | $611.36 | $.00 | $.00 | $.00 | $611.36 |
| GOOD | Goodway Technologies | 45 | $.00 | $.00 | $.00 | -$.09 | -$.09 |
| H & H | H & H Sheet Metal | 26 | $4,332.69 | $.00 | $.00 | $.00 | $4,332.69 |
| HEAT | Heat Timer Corp. | 26 | $2,578.81 | $.00 | $.00 | $.00 | $2,578.81 |
| HENR | Harold R. Henrich Inc. | 77 | $336.60 | $1,447.77 | $765.00 | $.00 | $2,549.37 |
| HERNDON | Herndon Products Inc. | 14 | $10,988.94 | $2,904.00 | $.00 | -$242,640.36 | -$228,747.42 |
| HMI | Honeycutt Manufacturing Inc. | 44 | $.00 | $.00 | $.00 | -$200.70 | -$200.70 |
| HOOS | Hoosier Tool & Die INC. | 73 | $.00 | $.00 | $.00 | $563.60 | $563.60 |
| HUNT | HUNTER MFG.SERVICES,INC. | 120 | $1,388.55 | $.00 | $.00 | $.00 | $1,388.55 |
| JET | Jet Precision | 14 | $555.36 | $.00 | $.00 | $.00 | $555.36 |
| JEWL | Jewel Precision | 20 | $2,209.75 | $.00 | $.00 | $.00 | $2,209.75 |
| KNF | KNF Neuberger, Inc | 31 | $898.81 | $1,481.14 | $.00 | $.00 | $2,379.95 |
| KV | K.V. Inc. | 45 | $2,000.00 | $1,450.00 | $.00 | $.00 | $3,450.00 |
| LEIDOS | Leidos | 49 | $.00 | $14,700.00 | $.00 | $.00 | $14,700.00 |
| LEX | Lex Products Corp. | 13 | $340.79 | $.00 | $.00 | $.00 | $340.79 |
| MARP | MARWAY POWER SOLUTIONS | 98 | $.00 | $.00 | $271.30 | $.00 | $271.30 |
| MAST | MASTER METAL | 39 | $.00 | $2,847.39 | $.00 | $.00 | $2,847.39 |
| MBM | M - B Manufacturing | 42 | $643.62 | $724.20 | $270.30 | $.00 | $1,638.12 |
| MEDI | MediCraft | 51 | $468.04 | $637.13 | $.00 | $.00 | $1,105.17 |
| METH | Methods Tooling and Mfg Inc | 33 | $6,312.94 | $3,239.79 | $.00 | $.00 | $9,552.73 |
| MIDA | Middle Atlantic Products, Inc | 31 | $.00 | $.00 | $.00 | $103,726.93 | $103,726.93 |
| MOOR | MOORING CONSTRUCTION | 283 | $.00 | $249.90 | $.00 | $.00 | $249.90 |
| MOR | MORENG METAL | 52 | $190.00 | $.00 | $.00 | $.00 | $190.00 |
| MTECH | MACHINING TECHNOLOGY | 20 | -$5,256.25 | $.00 | $.00 | $.00 | -$5,256.25 |
| MTP | MORENG TELECOM PRODUCTS LLC | 12 | $.00 | $463.52 | $.00 | $.00 | $463.52 |
| NAVAL-CA | NAVAL SURFACE WARFARE CENTE | 37 | | | | | |

## Accounts Receivable Aging
## United Support Solutions
Customer Breakdown
Complete Listing

Date: 10/02/15
Time: 04:11:48 pm

As-of Date: 10/01/15

| Cust Code | Customer | Avg Days To Pay | 0 - 30 | 31 - 60 | 61 - 90 | 90 + | Total |
|---|---|---|---|---|---|---|---|
| NOVA | Nova Electric Division of TDI | 52 | $922.88 | $.00 | $.00 | $.00 | $922.88 |
| NSWC-CRANE | NAVAL SURFACE WARFARE CENTE | 26 | $49,147.20 | $.00 | $.00 | $.00 | $49,147.20 |
| OVERTON | Overton Industries Intl. | 45 | $437.58 | $.00 | $.00 | $.00 | $437.58 |
| PAL | PALERMO METAL PRODUCTS | 90 | $.00 | $.00 | $.00 | $4,774.10 | $4,774.10 |
| PCC | PRODUCTION COMPONENTS CORP | 48 | $702.82 | $.00 | $.00 | $.00 | $702.82 |
| PHT | PHT AEROSPACE LLC | 61 | $.00 | $.00 | $.00 | $.00 | $.00 |
| RADI | Radiant Wraps | 669 | $3,524.32 | $12,107.27 | $4,843.33 | $76,822.28 | $97,297.20 |
| S & K | S & K Optimum | 5 | $24,677.15 | $.00 | $.00 | $.00 | $24,677.15 |
| SRC | Scientific Research Corp. | 11 | $767.14 | $.00 | $.00 | $.00 | $767.14 |
| SRI | SOURCE-RAY INC | 40 | $.00 | $.00 | $.00 | $7,836.80 | $7,836.80 |
| TAUR | Taurus Precision | 119 | $.00 | $76.50 | $.00 | $.00 | $76.50 |
| TLGC | THE LINDEN GROUP CORP. | 40 | $1,101.98 | $830.00 | $.00 | $.00 | $1,931.98 |
| TORRES | TORRES PRECISION INC | 29 | $.00 | $592.00 | $.00 | $.00 | $592.00 |
| TREK II PROD | Trek II Products | 30 | $1,298.46 | $.00 | $.00 | $.00 | $1,298.46 |
| TRIM | Triumph Controls, Inc. | 31 | $3,951.99 | $.00 | $.00 | $.00 | $3,951.99 |
| UNI | UNITED ELECTRONICS CORP. | 423 | $.00 | $.00 | $.00 | $94,070.16 | $94,070.16 |
| UNICONE | UNICONE | 16 | $26,200.00 | $.00 | $.00 | $.00 | $26,200.00 |
| UNILUX | UNILUX | 48 | $527.25 | $.00 | $.00 | $1,743.83 | $2,271.08 |
| USARMY-ARDE | US ARMY-ARDEC BLDG 3150 | 4 | $.00 | $.00 | $.00 | $151.32 | $151.32 |
| | **Totals:** | 66 | $289,730.32 | $54,905.37 | $14,880.11 | $82,603.97 | $442,119.77 |

B6B (Official Form 6B) (12/07) - Cont.

In re    **United Support Solutions, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against United States DOD for breach of contract** | - | Unknown |
| | | **claim against Cigna Insurance for breach of contract** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **vehicles (book value $50,000)** | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office furnishings including desks, chairs, computers, etc. (book value $30,723.48)** | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Exhibit B (book value $1,907,122)** | - | Unknown |
| 30. Inventory. | | **Inventory (including inventory and work-in-progress; book value $300,000)** | - | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

# Exhibit B

| 12/31/14 | | | | | 2014 BOOK DEPRECIATION SCHEDULE | | | | | | | | | | PAGE 2 |

CLIENT 101749 — UNITED SUPPORT SOLUTIONS, INC — 22-2317309

6/10/15 — 03:56PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IMPROVEMENTS** | | | | | | | | | | | | | | | | |
| 15 | LEASEHOLD IMPROVEMENTS | 1/01/93 | | 41,052 | | | | | | | 41,052 | 34,618 | S/L MM | 31 | .03226 | 1,324 |
| 16 | LEASEHOLD - ENERGY RESSOUR | 4/01/96 | | 5,875 | | | | | | | 5,875 | 2,673 | S/L MM | 39 | .02564 | 151 |
| 17 | LEASEHOLD IMPROVEMENTS | 7/01/97 | | 2,330 | | | | | | | 2,330 | 987 | S/L MM | 39 | .02564 | 60 |
| 18 | FLOORING | 7/01/98 | | 98,620 | | | | | | | 98,620 | 39,086 | S/L MM | 39 | .02564 | 2,529 |
| 19 | IMPROVEMENTS | 7/01/98 | | 27,800 | | | | | | | 27,800 | 11,022 | S/L MM | 39 | .02564 | 713 |
| 20 | ADDITIONS 1999 | 7/01/99 | | 221,341 | | | | | | | 221,341 | 82,055 | S/L MM | 39 | .02564 | 5,675 |
| 21 | LEASEHOLDS 2000 | 7/01/00 | | 20,853 | | | | | | | 20,853 | 7,200 | S/L MM | 39 | .02564 | 535 |
| 22 | LEASEHOLD IMPROVEMENTS | 7/01/05 | | 220,425 | | | | | | | 220,425 | 47,810 | S/L MM | 39 | .02564 | 5,652 |
| 27 | STUCCO | 10/21/08 | | 10,000 | | | | | | | 10,000 | 1,334 | S/L MM | 39 | .02564 | 256 |
| 42 | GENERAC STANDBY GENERATOR | 10/12/09 | | 9,260 | | | | | | | 9,260 | 2,549 | S/L HY | 15 | .06670 | 618 |
| 47 | NEW ROOF | 10/07/09 | | 27,050 | | | | | | | 27,050 | 5,581 | S/L HY | 20 | .05000 | 1,353 |
| 48 | TITAN MAKUP AIR UNIT | 10/31/09 | | 32,507 | | | | | | | 32,507 | 8,942 | S/L HY | 15 | .06670 | 2,168 |
| 49 | TWO ROOFTOP HVAC UNITS | 10/12/09 | | 18,500 | | | | | | | 18,500 | 5,080 | S/L HY | 15 | .06670 | 1,234 |
| 65 | SOLAR ENERGY SYSTEM | 12/15/10 | | 417,169 | | | | | | | 417,169 | 86,938 | S/L MQ | 15 | .06670 | 27,825 |
| 66 | ELECTRICAL UPGRADE | 3/01/11 | | 44,597 | | | | | | | 44,597 | 10,372 | 150DB HY | 15 | .07700 | 3,465 |
| | TOTAL IMPROVEMENTS | 719 7, 954 | | 1,197,779 | | 0 | 0 | 0 | 0 | 0 | 1,197,779 | 346,267 | | | | 53,558 |
| **MISCELLANEOUS** | | | | | | | | | | | | | | | | |
| 7 | COMPUTERS | 7/01/06 | | 4,905 | | | | | | | 4,905 | 4,905 | 200DB MQ | 7 | | 0 |
| 28 | DELL COMPUTERS | 2/03/08 | | 5,130 | | | | | | | 5,130 | 5,130 | 200DB HY | 5 | | 0 |
| 29 | DELL COMPUTERS - SERVER | 9/26/08 | | 17,903 | | | | | | | 17,903 | 17,903 | 200DB HY | 5 | | 0 |
| 38 | DELL COMPUTERS | 1/31/09 | | 2,093 | | | | | | | 2,093 | 2,064 | 200DB MQ | 5 | .01380 | 29 |
| | TOTAL MISCELLANEOUS | 2A | | 30,031 | | 0 | 0 | 0 | 0 | 0 | 30,031 | 30,002 | | | | 29 |

# 2014 BOOK DEPRECIATION SCHEDULE

**UNITED SUPPORT SOLUTIONS, INC**

| 12/31/14 | | | | | | | | | | | | | | | PAGE 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 101749 | | | | | | | | | | | | | | | 22-2317309 |
| 6/10/15 | | | | | | | | | | | | | | | 03:56PM |

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL DEPRECIATION | | | 1,494,738 | | 0 | 0 | 0 | 0 | 0 | 1,494,738 | 605,117 | | | | 74,686 |
| | FORM 1120S, SCHEDULE A | | | | | | | | | | | | | | | |
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 1 | VARIOUS EQUIPMENT | 7/01/02 | | 880,300 | | | | | | | 880,300 | 308,157 | S/L HY | 30 | .03333 | 29,340 |
| 2 | STRIPIT 1225 CNC PUNCH PR | 10/01/06 | | 166,500 | | | | | | | 166,500 | 139,185 | 200DB MQ | 10 | .06550 | 10,905 |
| 3 | BELT DEBURRING MACHINE | 12/01/06 | | 68,500 | | | | | | | 68,500 | 55,889 | 200DB MQ | 10 | .06550 | 4,487 |
| 4 | WALSH ATKINSON | 10/01/06 | | 22,285 | | | | | | | 22,285 | 18,085 | 200DB MQ | 10 | .06550 | 1,460 |
| 5 | MISC EQUIP 2006 | 10/01/06 | | 18,890 | | | | | | | 18,890 | 15,328 | 200DB MQ | 10 | .06550 | 1,237 |
| 8 | TWIN DATA | 2/01/05 | | 1,263 | | | | | | | 1,263 | 1,263 | 200DB MQ | 7 | | 0 |
| 9 | BRAKE DIES | 11/01/05 | | 6,115 | | | | | | | 6,115 | 6,115 | 200DB MQ | 7 | | 0 |
| 10 | HAGER PRESS - WILSON TOOL | 1/24/07 | | 24,900 | | | | | | | 24,900 | 24,090 | 200DB HY | 7 | .04460 | 810 |
| 11 | WELDING MACHINE - AIR GAS | 6/29/07 | | 7,000 | | | | | | | 7,000 | 5,444 | 200DB HY | 10 | .06550 | 459 |
| 12 | 2007 TUMBLER MACHINE | 11/15/07 | | 5,382 | | | | | | | 5,382 | 4,160 | 200DB HY | 10 | .06550 | 353 |
| 13 | 2007 AMADA SPOT WELDER | 6/29/07 | | 36,000 | | | | | | | 36,000 | 27,641 | 200DB HY | 10 | .06550 | 2,358 |
| 23 | HAAS CNC VF2SS | 1/11/08 | | 76,495 | | | | | | | 76,495 | 53,937 | 200DB HY | 10 | .06550 | 5,010 |
| 24 | FAB WORLD 2 MOTOMANHP2D-6 | 7/07/08 | | 203,300 | | | | | | | 203,300 | 143,346 | 200DB HY | 10 | .06550 | 13,316 |
| 25 | TIGER STOP TS30 SAW | 9/17/08 | | 18,720 | | | | | | | 18,720 | 16,214 | 200DB HY | 7 | .08930 | 1,672 |
| 26 | KALAMMAZOO CT350 COLD SAW | 9/17/08 | | 12,015 | | | | | | | 12,015 | 10,406 | 200DB HY | 7 | .08930 | 1,073 |
| 31 | STRIPIT FC1000H90 | 3/29/07 | | 85,500 | | | | | | | 85,500 | 57,336 | 200DB HY | 10 | .06550 | 5,600 |
| 32 | CINCINNATI INDUSTRIAL AUC | 10/16/07 | | 8,047 | | | | | | | 8,047 | 6,539 | 200DB HY | 10 | .04460 | 359 |
| 33 | JORDAN CRAIG MACHINERY | 2/26/07 | | 9,500 | | | | | | | 9,500 | 7,719 | 200DB HY | 7 | .04460 | 424 |
| 34 | AIR GAS | 8/02/07 | | 5,700 | | | | | | | 5,700 | 4,631 | 200DB HY | 7 | .04460 | 254 |
| 37 | ROBACTA TORCH TESTING | 1/15/09 | | 3,993 | | | | | | | 3,993 | 3,250 | 200DB MQ | 7 | .08750 | 349 |
| 39 | FIXTUREH.A2 SNO BASE | 7/21/09 | | 8,094 | | | | | | | 8,094 | 6,214 | 200DB MQ | 7 | .08850 | 716 |

12/31/14

CLIENT 101749

6/10/15

# 2014 BOOK DEPRECIATION SCHEDULE

## UNITED SUPPORT SOLUTIONS, INC

PAGE 4

22-2317309

03:56PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 9 CAMERA SURVEILLANCE | 10/12/09 | | 5,972 | | | | | | | 5,972 | 4,473 | 200DB MQ | 7 | .08730 | 521 |
| 41 | EUROPEAN PUNCH ASSEMBLY | 7/06/09 | | 1,690 | | | | | | | 1,690 | 1,297 | 200DB MQ | 7 | .08850 | 190 |
| 43 | AMADA PRESS BRAKE 1253NT | 8/11/09 | | 137,189 | | | | | | | 137,189 | 39,578 | 150DB MQ | 20 | .05336 | 7,320 |
| 44 | LASER CUTTER 2310NT | 12/22/09 | | 362,750 | | | | | | | 362,750 | 127,761 | 150DB MQ | 15 | .06980 | 23,506 |
| 50 | TRANSF 4 NEW LASER MACH | 12/22/09 | | 5,373 | | | | | | | 5,373 | 1,833 | 150DB MQ | 15 | .08480 | 348 |
| 51 | ELECTRIC HOIST AND TROLLY | 12/29/09 | | 15,000 | | | | | | | 15,000 | 11,236 | 200DB MQ | 7 | .08730 | 1,310 |
| 52 | GEMA POWDER BOOTH REPAIRS | 11/05/09 | | 13,180 | | | | | | | 13,180 | 9,872 | 200DB MQ | 7 | .08730 | 1,151 |
| 53 | AMADA PRESS BRAKE 1025NT | 5/17/10 | | 124,104 | | | | | | | 124,104 | 30,485 | 150DB MQ | 20 | .05658 | 7,022 |
| 54 | FILTRATION TANKS | 2/03/10 | | 5,525 | | | | | | | 5,525 | 4,015 | 200DB MQ | 7 | .08750 | 483 |
| 55 | HAAS VF5SS (1 OF 2) | 3/04/10 | | 92,301 | | | | | | | 92,301 | 53,314 | 200DB MQ | 10 | .08450 | 7,799 |
| 56 | HAAS VF5SS (2 OF 2) | 3/04/10 | | 92,300 | | | | | | | 92,300 | 53,313 | 200DB MQ | 10 | .08450 | 7,799 |
| 57 | ATLAS COPCO 50HP AIR COMP | 6/15/10 | | 31,411 | | | | | | | 31,411 | 22,003 | 200DB MQ | 7 | .08870 | 2,786 |
| 58 | UPS ROTARY SCREW COMPRESS. | 2/18/10 | | 8,691 | | | | | | | 8,691 | 6,316 | 200DB MQ | 7 | .08750 | 760 |
| 61 | HAEGER MODEL 618 PLUS | 10/12/10 | | 18,650 | | | | | | | 18,650 | 9,340 | 200DB MQ | 10 | .09930 | 1,851 |
| 62 | AMADA TURRET PUNCHAE25SNT | 9/15/10 | | 199,900 | | | | | | | 199,900 | 136,852 | 200DB MQ. | 7 | .03300 | 18,591 |
| 63 | ROOF MOUNT DIE | 12/28/10 | | 42,487 | | | | | | | 42,487 | 27,557 | 200DB MQ | 7 | .10040 | 4,266 |
| 64 | COVER DIE | 12/28/10 | | 33,878 | | | | | | | 33,878 | 21,972 | 200DB MQ. | 7 | .10040 | 3,401 |
| 67 | MAZAK VARIAXIS | 2/01/11 | | 275,096 | | | | | | | 275,096 | 63,410 | 150DB HY | 15 | .07700 | 21,182 |
| 70 | BRIDGEPORT MILL MACHINE | 9/30/11 | | 3,200 | | | | | | | 3,200 | 1,801 | 200DB HY | 7 | .12490 | 400 |
| 72 | OKUMA M5600H | 12/31/12 | | 379,088 | | | | | | | 379,088 | 50,542 | 200DB | 15 | | 43,803 |
| 73 | OKUMA LB300EX | 3/20/13 | | 258,477 | | | | | | | 258,477 | 25,848 | 200DB | 15 | | 31,017 |
| 74 | CLASSIC 30S COMPARATOR | 4/16/13 | | 11,453 | | | | | | | 11,453 | 2,182 | 200DB | 7 | | 2,649 |
| 75 | ONE TOUCH PC OSP P300 | 7/30/13 | | 11,035 | | | | | | | 11,035 | 1,314 | 200DB | 7 | | 2,777 |
| | TOTAL MACHINERY AND EQUIPME | 1,401,722 | | 3,797,229 | | 0 | 0 | 0 | 0 | 0 | 3,797,229 | 1,619,022 | | | | 271,085 |
| | TOTAL DEPRECIATION | | | 3,797,229 | | 0 | 0 | 0 | 0 | 0 | 3,797,229 | 1,619,022 | | | | 271,085 |

12/31/14                          2014 BOOK DEPRECIATION SCHEDULE                          PAGE 5

CLIENT 101749                          UNITED SUPPORT SOLUTIONS, INC                          22-2317309

6/10/15                                                                                        03:56PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL AMORTIZATION | | | 44,063 | | 0 | 0 | 0 | 0 | 0 | 44,063 | 8,716 | | | | 6,170 |
| | GRAND TOTAL DEPRECIATION | | | 5,292,027 | | 0 | 0 | 0 | 0 | 0 | 5,292,027 | 2,224,139 | | | | 345,781 |

B6B (Official Form 6B) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 25,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **United Support Solutions, Inc.**                                      ,       Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx-xxx0004 | | | 8/1/2010 | | | | | |
| Amada America Inc. 7025 Firestone Blvd Buena Park, CA 90621 | | | Punch Press | | | | | |
| | | | Value $ 140,000.00 | | | | 11,210.00 | 0.00 |
| Account No. xxxxx-xxx0004 | | | 8/1/2009 | | | | | |
| Amada America Inc. 7025 Firestone Blvd Buena Park, CA 90621 | | | Press Brake | | | | | |
| | | | Value $ 90,000.00 | | | | 51,931.00 | 0.00 |
| Account No. xxxxx-xxx0003 | | | 4/30/2010 | | | | | |
| Amada America Inc. 7025 Firestone Blvd Buena Park, CA 90621 | | | Press Brake | | | | | |
| | | | Value $ 75,000.00 | | | | 11,622.00 | 0.00 |
| Account No. xxxxx-xxx0002 | | | 9/2009 | | | | | |
| Amada America Inc. 7025 Firestone Blvd Buena Park, CA 90621 | | | Laser Cutter | | | | | |
| | | | Value $ 250,000.00 | | | | 51,931.00 | 0.00 |
| _1_ continuation sheets attached | | | Subtotal (Total of this page) | | | | 126,694.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **United Support Solutions, Inc.**                                    Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xxxxxxx-3000 | | | 3/2011 | | | | | |
| **Bank of America** 2600 West Big Beaver Road Troy, MI 48084 | - | | variaxis 630 | | | | | |
| | | | Value $          180,000.00 | | | | 72,000.00 | 0.00 |
| Account No. | | | | | | | | |
| **Columbia Bank** 19-01 Route 208 North Fair Lawn, NJ 07410 | - | | | | | | | |
| | | | Value $          0.00 | | | | 1,771,666.55 | 1,771,666.55 |
| Account No. xxx xxx xx23-00 | | | 12/2012 | | | | | |
| **Machinery Finance Resources** 1310 Madrid Street Suite 107 Marshall, MN 56258 | - | | Kuma-MB-5000H | | | | | |
| | | | Value $          250,000.00 | | | | 162,508.00 | 0.00 |
| Account No. xxx-xx4-000 | | | 1/2013 | | | | | |
| **Machinery Finance Resources** 1310 Madrid Street 910 Day Hill Road Windsor, CT 06095 | - | | okuma lb3000 ex | | | | | |
| | | | Value $          200,000.00 | | | | 121,481.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **2,127,655.55**   **1,771,666.55**

Total (Report on Summary of Schedules)   **2,254,349.55**   **1,771,666.55**

B6E (Official Form 6E) (4/13)

In re    **United Support Solutions, Inc.**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each sheet with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**16**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   United Support Solutions, Inc. _____   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ahmed Rumman<br>72 Grove St. Apt. 4<br>Passaic, NJ 07055 | | - | | | | | 560.00 | 0.00 | 560.00 |
| Account No.<br><br>Alice Wright<br>999 Hidden Lake Dr. Apt. 4J<br>North Brunswick, NJ 08902 | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Andres Prieto<br>147 Sylvan Ave.<br>Clifton, NJ 07011 | | | | | | | 594.00 | 0.00 | 594.00 |
| Account No.<br><br>Angel Rivera Vazquez<br>317 Lafayeete Ave. Basement<br>Passaic, NJ 07055 | | | | | | | 721.35 | 0.00 | 721.35 |
| Account No.<br><br>Aniela Pacyga<br>91 South Parkway<br>Clifton, NJ 07014 | | H W J C | | | | | 577.84 | 0.00 | 577.84 |

Sheet  1  of  16  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 2,453.19 | 2,453.19 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **United Support Solutions, Inc.**
                                           Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Anwar Hussain 50 Don Bosco Ave. 1st fl Paterson, NJ 07502 | | - | | | | | 387.20 | 0.00 | 387.20 |
| Account No. Beata Pawlik 144 Athenia Ave. Clifton, NJ 07013 | | - | | | | | 806.85 | 0.00 | 806.85 |
| Account No. Benito Mani 177 Layfayette St. Newark, NJ 07105 | | | | | | | 520.00 | 0.00 | 520.00 |
| Account No. Carol Leraris 5 Robin Place Fairfield, NJ 07004 | | - | | | | | 1,100.00 | 0.00 | 1,100.00 |
| Account No. Christopher Alexander 288 Speer Ave. Clifton, NJ 07013 | | | | | | | 1,346.16 | 0.00 | 1,346.16 |
| | | | | Subtotal (Total of this page) | | | 4,160.21 | 0.00 | 4,160.21 |

Sheet __2__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   __United Support Solutions, Inc._____          Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Crescencio Calderon <br> 943 Main Ave. <br> Passaic, NJ 07055 | | - | | | | | 403.43 | 0.00 | 403.43 |
| Account No. <br><br> Daryl Paino <br> 90 Prospect St. <br> Little Falls, NJ 07424 | | - | | | | | 847.45 | 0.00 | 847.45 |
| Account No. <br><br> David Barrera-Balbuena <br> 215 Palisade Ave. Apt. 1 <br> Garfield, NJ 07026 | | - | | | | | 666.00 | 0.00 | 666.00 |
| Account No. <br><br> Dugla Jaquez <br> 214 47th St. <br> Union City, NJ 07087 | | - | | | | | 400.00 | 0.00 | 400.00 |
| Account No. <br><br> Edisson Ruiz Caraballo <br> 72 Grove St. Apt. 4 <br> Passaic, NJ 07055 | | - | | | | | 441.00 | 0.00 | 441.00 |
| Sheet __3__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal <br> (Total of this page) | | 2,757.88 | 0.00 | 2,757.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                               Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Edward DiCamillo** 338 Sanford Ave. Lyndhurst, NJ 07071 | - | | | | | | 882.00 | 0.00 | 882.00 |
| Account No. **Emilio Ordonez** 20 Van Riper Ave. Apt. 1 Clifton, NJ 07011 | - | | | | | | 513.45 | 0.00 | 513.45 |
| Account No. **Emmanuel Punla** 331 Madison St Carlstadt, NJ 07072 | - | | | | | | 1,166.63 | 0.00 | 1,166.63 |
| Account No. **Erik Ruiz** 44 Sherman St. Apt. 2 Passaic, NJ 07055 | - | | | | | | 432.00 | 0.00 | 432.00 |
| Account No. **Esteban Lujan** 16 Van Riper Ave. Apt. 1 Clifton, NJ 07011 | - | | | | | | 1,038.80 | 0.00 | 1,038.80 |

Sheet **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,032.88 | 4,032.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Francisca Grullon 778 Madison Ave. Paterson, NJ 07501 | | - | | | | | 380.00 | 0.00 / 380.00 |
| Account No. Garthan Hunte 26 Union Ave. Passaic, NJ 07055 | | - | | | | | 330.00 | 0.00 / 330.00 |
| Account No. Gregory Arndt 3217 Park Ave. South Plainfield, NJ 07080 | | - | | | | | 1,120.50 | 0.00 / 1,120.50 |
| Account No. Guadalupe Lujan 16 Van Riper Ave. Clifton, NJ 07011 | | - | | | | | 376.20 | 0.00 / 376.20 |
| Account No. Happy Begum 118 Rossiter Ave. 1st Floor Paterson, NJ 07502 | | | | | | | 324.90 | 0.00 / 324.90 |
| Sheet 5 of 16 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 2,531.60 | 0.00 / 2,531.60 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **United Support Solutions, Inc.**                                        Case No. _____
_____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Hussin Ahmed <br> 103 Darforth Ave. <br> Paterson, NJ 07501 | | - | | | | | 249.31 | 0.00 | 249.31 |
| Account No. <br><br> Iris Escurra <br> 82 Cedar Hill Ave. <br> Belleville, NJ 07109 | | - | | | | | 423.20 | 0.00 | 423.20 |
| Account No. <br><br> James Andershonis <br> 1 Blackberry Place <br> Long Valley, NJ 07853 | | - | | | | | 1,538.80 | 0.00 | 1,538.80 |
| Account No. <br><br> Jannld Cox <br> 179 Michigan Ave. 2nd fl <br> Paterson, NJ 07504 | | - | | | | | 666.00 | 0.00 | 666.00 |
| Account No. <br><br> Jarred Davies <br> 512 Randolph Ave 2nd fl <br> South Plainfield, NJ 07080 | | H W | | | | | 830.00 | 0.00 | 830.00 |
| Sheet **6** of **16** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal <br> (Total of this page) | | | 3,707.31 | 0.00 | 3,707.31 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Javier Toxtli 29 Krueger Place Apt. 1 Passaic, NJ 07055 | | - | | | | | 39.00 | 0.00 | 39.00 |
| Account No. | | | | | | | | | |
| Jay Patel 4 Orchard Grove Monroe Township, NJ 08831 | | - | | | | | 1,212.80 | 0.00 | 1,212.80 |
| Account No. | | | | | | | | | |
| Jesus Sanchez 73 Lake Ave. 2nd fl Clifton, NJ 07011 | | | | | | | 612.00 | 0.00 | 612.00 |
| Account No. | | | | | | | | | |
| John Garvie 10 McKinley Ave. Hawthorne, NJ 07506 | | | | | | | 1,593.75 | 0.00 | 1,593.75 |
| Account No. | | | | | | | | | |
| John Ostering 21 Upland Way Verona, NJ 07044 | | | | | | | 245.77 | 0.00 | 245.77 |

Sheet __7__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    3,703.32    0.00    3,703.32

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                                              Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> Jorge Arias <br> 555 N 9th St Apt 1 <br> Newark, NJ 07107 | | - | | | | | | 594.00 | 0.00 <br><br> 594.00 |
| Account No. <br><br> Joseph McCue <br> 22 Wentick Street <br> Totowa, NJ 07512 | | - | | | | | | 1,211.54 | 0.00 <br><br> 1,211.54 |
| Account No. <br><br> Joseph Ostering <br> 23 Personette Ave. <br> Verona, NJ 07044 | | - | | | | | | 277.25 | 0.00 <br><br> 277.25 |
| Account No. <br><br> Joyce Ostering/Kipp <br> 23 Personette Ave. <br> Verona, NJ 07044 | | - | | | | | | 1,600.00 | 0.00 <br><br> 1,600.00 |
| Account No. <br><br> Kelvin Rios Febus <br> 203 Monroe St. <br> Passaic, NJ 07055 | | - | | | | | | 640.00 | 0.00 <br><br> 640.00 |
| Sheet __8__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal <br> (Total of this page) | | | | 4,322.79 | 0.00 <br><br> 4,322.79 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **United Support Solutions, Inc.**                              Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Kevin Ostering 23 Personette Ave. Verona, NJ 07044 | | - | | | | | 400.00 | 0.00 | 400.00 |
| Account No. | | | | | | | | | |
| Khoyrul Islam 402 Totowa Ave. Paterson, NJ 07502 | | - | | | | | 396.00 | 0.00 | 396.00 |
| Account No. | | | | | | | | | |
| Linda Calderio 111 Sherman Place Garfield, NJ 07026 | | - | | | | | 181.74 | 0.00 | 181.74 |
| Account No. | | | | | | | | | |
| Luis Beristain 17 Brinker Hoff Place Passaic, NJ 07055 | | - | | | | | 808.01 | 0.00 | 808.01 |
| Account No. | | | | | | | | | |
| Maria Banka 89 Humboldt St. East Rutherford, NJ 07073 | | - | | | | | 396.00 | 0.00 | 396.00 |

Sheet **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    2,181.75    0.00 / 2,181.75

B6E (Official Form 6E) (4/13) - Cont.

In re   **United Support Solutions, Inc.**                                      Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Mariana Mejia 159 President St. Apt. 6 Passaic, NJ 07055 | | - | | | | | 488.95 | 0.00 | 488.95 |
| Account No. Maribel Retana 3 Clair St. Clifton, NJ 07013 | | | | | | | 418.28 | 0.00 | 418.28 |
| Account No. MD Minhaz Ahmed 103 Danforth Ave. Paterson, NJ 07501 | | - | | | | | 335.20 | 0.00 | 335.20 |
| Account No. Melissa Spratt 23 Personette Ave. Verona, NJ 07044 | | - | | | | | 1,720.00 | 0.00 | 1,720.00 |
| Account No. Michael Barna 209 Cambidge Ave. Saddle Brook, NJ 07663 | | - | | | | | 451.50 | 0.00 | 451.50 |
| | | | | | Subtotal | | 3,413.93 | 0.00 | 3,413.93 |
| | | | | | (Total of this page) | | | | |

Sheet __10__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| Miguel Fuentes 72 Grove St. Passaic, NJ 07055 | | - | | | | | | 520.00 | 0.00 / 520.00 |
| Account No. | | | | | | | | | |
| Miguel Juarez 15 Weiss St #1 Paterson, NJ 07503 | | - | | | | | | 441.20 | 0.00 / 441.20 |
| Account No. | | | | | | | | | |
| Miguel Sanchez 3 Clair St. Clifton, NJ 07013 | | - | | | | | | 380.25 | 0.00 / 380.25 |
| Account No. | | | | | | | | | |
| Patricia Stone 186 Chestnut St. Nutley, NJ 07110 | | - | | | | | | 1,066.00 | 0.00 / 1,066.00 |
| Account No. | | | | | | | | | |
| Peter Kao 50 Douglas Dr. Towaco, NJ 07082 | | - | | | | | | 1,125.20 | 0.00 / 1,125.20 |
| Sheet __11__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 3,532.65 | 0.00 / 3,532.65 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **United Support Solutions, Inc.**                                   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Peter Offreda 171 Uhland St. East Rutherford, NJ 07073 | | - | | | | | 1,160.00 | 0.00 | 1,160.00 |
| Account No. Phil Negri 47 Roosevelt Ave. Westwood, NJ 07675 | | - | | | | | 760.00 | 0.00 | 760.00 |
| Account No. Rafael Dume Carmona 201 Market St. Apt. 401 Passaic, NJ 07055 | | | | | | | 1,200.00 | 0.00 | 1,200.00 |
| Account No. Richard Swift 130 New Rd. Apt. H-12 Parsippany, NJ 07054 | | | | | | | 125.00 | 0.00 | 125.00 |
| Account No. Robert Calderon 87 Randolph Ave. Clifton, NJ 07011 | | - | | | | | 477.23 | 0.00 | 477.23 |

Sheet __12__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page)  3,722.23   3,722.23

B6E (Official Form 6E) (4/13) - Cont.

In re    **United Support Solutions, Inc.**                                   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Robinson Concepcion <br> 144 Butler St. <br> Paterson, NJ 07524 | | | | | | | 480.00 | 0.00 | 480.00 |
| Account No. <br><br> Santiago Zamora <br> 193-195 Abington Ave. <br> Newark, NJ 07107 | | | | | | | 480.00 | 0.00 | 480.00 |
| Account No. <br><br> Shamim Ahmed <br> 110 Carlisle Ave <br> Paterson, NJ 07501 | | | | | | | 372.91 | 0.00 | 372.91 |
| Account No. <br><br> Shamim Islam <br> 68 River Ave. <br> Paterson, NJ 07522 | | | | | | | 390.71 | 0.00 | 390.71 |
| Account No. <br><br> Shayek Hussan <br> 175 Carlisle Ave. <br> Paterson, NJ 07501 | | | | | | | 436.18 | 0.00 | 436.18 |

Sheet __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 2,159.80 — 2,159.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re   __United Support Solutions, Inc._____      Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Stanislaw Witko <br> 106 Van Winkle Ave. 1st fl <br> Garfield, NJ 07026 | | - | | | | | 822.80 | 0.00 | 822.80 |
| Account No. <br><br> Steve Porowski <br> 25 Crest Hill Rd. <br> Verona, NJ 07044 | | | | | | | 1,730.00 | 0.00 | 1,730.00 |
| Account No. <br><br> Teresa Gryszko <br> 56 Garden St. <br> Little Ferry, NJ 07643 | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. <br><br> Teresa Romero <br> 188 Madison St. Apt. 1 <br> Passaic, NJ 07055 | | | | | | | 450.00 | 0.00 | 450.00 |
| Account No. <br><br> Tyrone Kornegay <br> 332 Sussex Ave. <br> Newark, NJ 07107 | | HWJC | | | | | 916.88 | 0.00 | 916.88 |

Sheet __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |  |
|---|---|---|---|
|  | (Total of this page) | 4,919.68 | 4,919.68 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **United Support Solutions, Inc.**                              Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ulises Cruz 54 Burges Place 3rd floor Passaic, NJ 07055 | | - | | | | | 432.00 | 0.00 | 432.00 |
| Account No. | | | | | | | | | |
| Victor Lopez 83 Timble Ave. Clifton, NJ 07011 | | - J | | | | | 586.80 | 0.00 | 586.80 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Sheet _15_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal (Total of this page) | 1,018.80 | 0.00 | 1,018.80 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **United Support Solutions, Inc.**                                          Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| Internal Revenue Service Special Procedures Branch Attn: Bankruptcy Section PO Box 744 Springfield, NJ 07081 | | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| State of New Jersey Division of Taxation Gross Income Tax 50 Barrack Street Trenton, NJ 08625 | | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **16**  of  **16**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 48,618.02 | 48,618.02 |

B6F (Official Form 6F) (12/07)

In re   **United Support Solutions, Inc.**                                                Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **A & M Industrial Supply** **PO Box 1044** **Rahway, NJ 07065** | - | | | | | | 1,053.77 |
| Account No. | | | | | | | |
| **A&M Industrial** **c/o Michael R. Shulman, Esq.** **551 Summit Ave.** **Jersey City, NJ 07306** | - | | | | | | 1,053.77 |
| Account No. | | | | | | | |
| **A.M. Castle Metals** **299 Canal Rd.** **Fairless Hills, PA 19030** | - | | | | | | 5,750.00 |
| Account No. | | | | | | | |
| **ABL Controls, LLC** **2120 S. Calhoun Road** **New Berlin, WI 53151** | - | | | | | | 639.48 |

| | | |
|---|---|---|
| __41__   continuation sheets attached | Subtotal (Total of this page) | 8,497.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Accent Control Systems 10 Audrey Place Fairfield, NJ 07004** | - | | | | | | | 154.08 |
| Account No. | | | | | | | | |
| **Aerotech Processing Solutions, Inc. 57 Wood Street Fort Lee, NJ 07024** | - | | | | | | | 16,135.30 |
| Account No. | | | | | | | | |
| **Air Gas 5 Iron Horse Road Oakland, NJ 07436** | - | | | | | | | 51,637.11 |
| Account No. | | | | | | | | |
| **Alabama Aerospace 100 Skylab Drive Huntsville, AL 35806** | - | | | | | | | 3,645.50 |
| Account No. | | | | | | | | |
| **Alcaro & Alcaro Plating Co. 112 Pine Street Montclair, NJ 07042** | - | | | | | | | 7,561.06 |

Sheet no. __1__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                79,133.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                      ,          Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allendale Machinery** <br> **16 Park Way** <br> **Saddle River, NJ 07458** | - | | | | | | 1,025.93 |
| Account No. <br><br> **Aluminum Shapes, LLC** <br> **9000 River Road** <br> **Delair, NJ 08110** | - | | | | | | 1,800.00 |
| Account No. <br><br> **American Express** <br> **c/o Jaffe & Asher LLP** <br> **660 Third Ave. 23rd Floor** <br> **Attn: Daniel Moken, Esq.** <br> **New York, NY 10016** | - | | | | | | 27,750.00 |
| Account No. <br><br> **American Waste & Textile Co.** <br> **4321 N Knox Ave.** <br> **Chicago, IL 60641** | - | | | | | | 400.18 |
| Account No. <br><br> **Anco Engineering** <br> **217 Long Hill Cross Road** <br> **Shelton, CT 06484** | - | | | | | | 28,921.00 |

Sheet no. __2__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,897.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                           Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Applied Resources Corp. 105 West Dewey Ave, Suite 311 Wharton, NJ 07885 | - | | | | | | 12,757.58 |
| Account No. | | | | | | | |
| Aqua Pro-Tech Laboratories 1275 Bloomfield Ave. Fairfield, NJ 07004 | - | | | | | | 1,615.00 |
| Account No. | | | | | | | |
| Argon 345 West Chestnut Ave. Monrovia, CA 91016 | - | | | | | | 556.00 |
| Account No. | | | | | | | |
| Arlington Machine & Tool Co. 90 New Dutch Lane Fairfield, NJ 07004 | - | | | | | | 527.50 |
| Account No. | | | | | | | |
| Armology of Western Pa, Inc. 1231 Rodi Road Turtle Creek, PA 15145 | - | | | | | | 4,149.52 |

Sheet no. __3__ of __41__ sheets attached to Schedule of          Subtotal          19,605.60
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ashley Laboratories, LTD**<br>**10030 Harford Road**<br>**Baltimore, MD 21234** | | - | | | | | | 1,685.00 |
| Account No.<br><br>**AST Bearings**<br>**115 Main Road**<br>**Montville, NJ 07045** | | - | | | | | | 886.00 |
| Account No.<br><br>**Atlantic Coastal Technologies**<br>**PO Box 820**<br>**Moorestown, NJ 08057-0820** | | - | | | | | | 296.00 |
| Account No.<br><br>**Automatic Air LLC**<br>**16780 Oak Road**<br>**Bridgeville, DE 19933** | | - | | | | | | 7,416.63 |
| Account No.<br><br>**Automation Air**<br>**c/o c2c Resources**<br>**56 Perimeter Center East**<br>**Suite 100**<br>**Atlanta, GA 30346** | | - | | | | | | 7,416.63 |

Sheet no. __4__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,700.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Bailey Hydraulics**<br>**1931 Bomar Ave.**<br>**Fort Worth, TX 76103** | - | | | | | | | 7,893.40 |
| Account No. | | | | | | | | |
| **Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | - | | | | | | | 649.51 |
| Account No. | | | | | | | | |
| **Bank of America Leasing and Capital**<br>**2600 W. Big Beaver Rd.**<br>**Troy, MI 48084** | - | | | | | | | 14,689.05 |
| Account No. | | | | | | | | |
| **Bank of America Leasing and Capital LLC**<br>**as Assignee of Mazak Corporation**<br>**c/o Fleischer, Fleischer & Suglis**<br>**Four Greentree Centre, Ste 305**<br>**Marlton, NJ 08053** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bauer Factory Supply Inc.**<br>**685 Ramsey Ave.**<br>**Hillside, NJ 07205** | - | | | | | | | 15,467.03 |

Sheet no. __5___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                38,698.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                          Case No. _____
_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Baxter Rubber Co.** <br> **10 Spielman Rd.** <br> **Fairfield, NJ 07004** | | - | | | | | 4,500.00 |
| Account No. **xxx# xx7553** <br><br> **Birmingham Fastener & Supply** <br> **c/o National Association of Credit Manag** <br> **NACM Southeast** <br> **8000 Miller Court E.** <br> **Norcross, GA 30071** | | - | | | | | 5,153.01 |
| Account No. <br><br> **BMB Fasteners** <br> **86 Lackawanna Ave.** <br> **Little Falls, NJ 07242** | | - | | | | | 245.00 |
| Account No. <br><br> **Bojak Company** <br> **760 Honeyspot Rd.** <br> **Stratford, CT 06615** | | - | | | | | 3,262.50 |
| Account No. <br><br> **Boris Engineering, LLC** <br> **67 Dawn Rd.** <br> **Rocky Point, NY 11778** | | - | | | | | 6,517.00 |

Sheet no. __6__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    19,677.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| C.I.L. Inc. 400 Canal Street Lawrence, MA 01840 | | - | | | | | | 1,589.86 |
| Account No. | | | | | | | | |
| Cablevision PO Box 371378 Pittsburgh, PA 15250-7378 | | - | | | | | | 329.60 |
| Account No. | | | | | | | | |
| Capital One CC Box 30285 Salt Lake City, UT 84130-0285 | | - | | | | | | 1,905.23 |
| Account No. | | | | | | | | |
| Cardinal Industrial Finishes 4 Harmer St. Warren, PA 16365 | | - | | | | | | 4,629.87 |
| Account No. | | | | | | | | |
| CD Hardware 672 Main St. Harleysville, PA 19438 | | - | | | | | | 2,849.66 |

Sheet no. __7__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 11,304.22 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| CED-Orange South c/o Sklar Law, LLC 1200 Laurel Oak Road Suite 102 Voorhees, NJ 08043 | - | | | | | | | 5,910.63 |
| Account No. | | | | | | | | |
| Centimark PO Box 536254 Pittsburgh, PA 15253-5904 | - | | | | | | | 1,984.85 |
| Account No. xxx# xx4857 | | | | | | | | |
| Centimark Corporation c/o Lamont, Hanley & Assoc., Inc. PO Box 179 Manchester, NH 03105-0179 | - | | | | | | | 1,984.85 |
| Account No. 4478 | | | | | | | | |
| Chase Bank USA PO Box 15153 Wilmington, DE 19886 | - | | | | | | | 15,723.56 |
| Account No. 5315 | | | | | | | | |
| Chase Bank USA PO Box 15153 Wilmington, DE 19886 | - | | | | | | | 6,814.49 |

Sheet no. __8__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,418.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                                      ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5679** <br><br> Chase Bank USA <br> PO Box 15153 <br> Wilmington, DE 19886 | - | | | | | | 8,166.25 |
| Account No. <br><br> Christy's Overhead Door <br> PO Box 101 <br> Millburn, NJ 07041 | - | | | | | | 304.40 |
| Account No. <br><br> Cigna-Great West Health Care <br> Two College Park Dr <br> Hooksett, NH 03106 | - | | | | | | 29,391.15 |
| Account No. <br><br> Cimquest, Inc. <br> 1545 US Route 206 <br> Bedminster, NJ 07921 | - | | | | | | 1,389.99 |
| Account No. <br><br> CIT Technology Finance Serv. <br> PO Box 550599 <br> Jacksonville, FL 32255-0599 | - | | | | | | 865.38 |

Sheet no. __9__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    40,117.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                                Case No. _____
                                              ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **City Fire Equipment** 733 Ridgedale Ave. Suite 203 East Hanover, NJ 07936 | - | | | | | | 624.31 |
| Account No. | | | | | | | |
| **Clean Touch Inc.** 784 Morris Turnpike, Suite 123 Short Hills, NJ 07078 | - | | | | | | 1,357.05 |
| Account No. | | | | | | | |
| **Consolidated Electrical** 1807 Palma Dr. Ventura, CA 93003 | - | | | | | | 4,846.72 |
| Account No. | | | | | | | |
| **Cooper Electric** 444 Route 46 Fairfield, NJ 07004 | - | | | | | | 4,000.00 |
| Account No. | | | | | | | |
| **Cooper Electric Supply Co.** c/o Nord & DeMaio Turnpike Metroplex, Suite 201 190 State Highway 18 East Brunswick, NJ 08816 | - | | | | | | 4,000.00 |

Sheet no. __10__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,828.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                               ,         Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cooperative PO Box 903 Belleville, NJ 07109 | - | | | | | | | 240.07 |
| Account No. | | | | | | | | |
| Cramer Plating 4 Hoyt Lane Belvidere, NJ 07823 | - | | | | | | | 15,662.81 |
| Account No. | | | | | | | | |
| DB Roberts, Inc. 18 Terry Ave. Burlington, MA 01803 | - | | | | | | | 11,175.19 |
| Account No. | | | | | | | | |
| Detroit Industrial Tool 15222 Keswick St. Van Nuys, CA 91405 | - | | | | | | | 1,179.69 |
| Account No. | | | | | | | | |
| DFAS-CKSD/CO PO Box 979049 Saint Louis, MO 63197-9000 | - | | | | | | | Unknown |

Sheet no. __11__ of __41__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)       28,257.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DRS Technologies 141 north Ave. Bridgeport, CT 06606 | - | | | | | | 2,900.00 |
| Account No. | | | | | | | |
| Duplitron Service 205 East 1st Ave. Roselle, NJ 07203 | - | | | | | | 705.10 |
| Account No. | | | | | | | |
| Dwight Calibration & Instrument 10 Stuyvesant Ave. Lyndhurst, NJ 07071 | - | | | | | | 245.20 |
| Account No. | | | | | | | |
| Ehmke Manufacturing Co. 1961 Fulling Mill Rd. Middletown, PA 17057 | - | | | | | | 660.00 |
| Account No. | | | | | | | |
| Emco Industrial Plastics 99 Commerce Rd. Cedar Grove, NJ 07009 | - | | | | | | 10,212.79 |

Sheet no. __12__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          14,723.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **EPSI Masking & Hanging**<br>**4221 Courtney Rd.**<br>**Franksville, WI 53126** | - | | | | | | | 1,284.79 |
| Account No. | | | | | | | | |
| **Erdle Perforating Co.**<br>**100 Pixley Industrial Pkwy.**<br>**Rochester, NY 14603** | - | | | | | | | 1,300.00 |
| Account No. | | | | | | | | |
| **Essex Drain & Sewer Cleaning**<br>**PO Box 409**<br>**Caldwell, NJ 07006** | - | | | | | | | 379.85 |
| Account No. | | | | | | | | |
| **Everest Software**<br>**c/o Receivable Management Corporation**<br>**400 West Cummings Park**<br>**Suite 4450**<br>**Woburn, MA 01801** | - | | | | | | | 3,009.16 |
| Account No. | | | | ACH withdrawal monthly | | | | |
| **Fastenal**<br>**Altus GTS Inc.**<br>**PO Box 1389**<br>**Kenner, LA 70063** | - | | | | | | | Unknown |

Sheet no. __13__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     5,973.80

B6F (Official Form 6F) (12/07) - Cont.

In re __United Support Solutions, Inc.__      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Fasternal <br> 68A Clinton Rd. <br> Fairfield, NJ 07004 | - | | | | | | 997.77 |
| Account No. <br><br> Federal Express <br> PO Box 371461 <br> Pittsburgh, PA 15250-7461 | - | | | | | | 252.71 |
| Account No. <br><br> First Care Medical Group <br> 50 Pompton Ave. <br> Verona, NJ 07044 | - | | | | | | 792.00 |
| Account No. <br><br> G.Neil <br> PO Box 451179 <br> Fort Lauderdale, FL 33345-1179 | - | | | | | | 104.99 |
| Account No. <br><br> Gaeta Recycling Co., Inc. <br> 278-282 West Railway Ave. <br> Paterson, NJ 07503 | - | | | | | | 1,371.50 |

Sheet no. __14__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    3,518.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.** _____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Glen Ridge Auto 12 Herman St. Glen Ridge, NJ 07028 | | - | | | | | | | 1,049.28 |
| Account No. | | | | | | | | | |
| GT Machine Tool 32-14 49th St. Long Island City, NY 11103 | | - | | | | | | | 3,685.00 |
| Account No. | | | | | | | | | |
| Harry Krantz 50 Heartland Blvd. Edgewood, NY 11717 | | - | | | | | | | 4,473.50 |
| Account No. | | | | | | | | | |
| Havel's 3726 Lonsdale St. Cincinnati, OH 45227 | | - | | | | | | | 10,695.00 |
| Account No. | | | | | | | | | |
| Haward Corp 29 Porete Ave. North Arlington, NJ 07031 | | - | | | | | | | 4,557.18 |

Sheet no. __15__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          24,459.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>HD Bronson Inc.<br>150 Price Rd.<br>Winsted, CT 06098 | - | | | | | | 5,000.00 |
| Account No. **xxx# xxx778-3**<br><br>HELITEC LLC<br>c/o GSI Recovery<br>PO Box 1026<br>Bloomfield, NJ 07003-1026 | | | | | | | 10,400.00 |
| Account No.<br><br>Helitec, LLC<br>32 Franklin Place<br>Montclair, NJ 07042 | - | | | | | | 8,000.00 |
| Account No.<br><br>Herndon Products, Inc.<br>3801 Lloyd King Drive<br>O Fallon, MO 63368 | - | | | | | | 226,715.00 |
| Account No.<br><br>Howard J Moore Co.<br>210 Terminal Dr.<br>Plainview, NY 11803 | - | | | | | | 573.39 |

Sheet no. __16__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

250,688.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                        Case No. _____

_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hunter Manufacturing Service**<br>**120 Brighton Rd. Unit #4**<br>**Clifton, NJ 07012** | - | | | | | | | 3,009.84 |
| Account No.<br><br>**II-VI Infrared Inc.**<br>**375 Saxonburg Blvd.**<br>**Saxonburg, PA 16056** | - | | | | | | | 613.00 |
| Account No.<br><br>**Imperial Metal Finishing Inc.**<br>**920 Honeyspot Rd.**<br>**Stratford, CT 06615** | - | | | | | | | 620.00 |
| Account No.<br><br>**IMS Enginerred Products LLC**<br>**1 Innovation Dr.**<br>**Des Plaines, IL 60016** | - | | | | | | | 14,245.00 |
| Account No.<br><br>**Independence Plating**<br>**107 Alabama Ave.**<br>**Paterson, NJ 07503** | - | | | | | | | 2,146.51 |

Sheet no. __17__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,634.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Independence Plating Corp. c/o Law Office of Jeffrey R. Pocaro 141 South Avenue Suite 204 Fanwood, NJ 07023 | - | | | | | | | 2,146.51 |
| Account No. | | | | | | | | |
| Ingersol Rand Company 95 Newfield Ave. Edison, NJ 08837 | - | | | | | | | 17,126.63 |
| Account No. | | | | | | | | |
| International Sheet Metal 112 Veterans Memorial Drive E Somerville, NJ 08876 | - | | | | | | | 11,135.00 |
| Account No. | | | | | | | | |
| Island Machine Repair PO Box 1165 Holbrook, NY 11741-1165 | - | | | | | | | 1,585.00 |
| Account No. | | | | | | | | |
| J G Well 32 South Mall Plainview, NY 11803 | - | | | | | | | 2,737.20 |

Sheet no. __18__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,730.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jacquet Mid Atlantic** <br> **191 South Keim St. Suite 108** <br> **Pottstown, PA 19464** | - | | | | | | 403.05 |
| Account No. <br><br> **Jade Manufacturing Co.** <br> **132 Meadown St.** <br> **Warwick, RI 02886** | - | | | | | | 800.00 |
| Account No. <br><br> **Jennison Corporation** <br> **54 Arch St. Extension** <br> **Carnegie, PA 15106** | - | | | | | | 1,815.00 |
| Account No. <br><br> **Jet Precision Metal** <br> **7 Schoon Ave.** <br> **Hawthorne, NJ 07506** | - | | | | | | 3,678.54 |
| Account No. <br><br> **John Paradiso** <br> **612 Westwood Ave.** <br> **River Vale, NJ 07675** | - | | | | | | 40,994.00 |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,690.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                          ,          Case No. _____
                                                         **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **K-D Industries** **18 Falstrom Court** **Passaic, NJ 07055** | - | | | | | | | | 19,717.60 |
| **Account No.** | | | | | | | | | |
| **KMR Fire Protection, LLC** **31 Matthews Terrace** **Bloomingdale, NJ 07403** | - | | | | | | | | 800.00 |
| **Account No.** | | | | | | | | | |
| **Liberty Press Metals LLC** **151  Irishtown Road** **Kersey, PA 15846** | - | | | | | | | | 8,750.00 |
| **Account No.** | | | | | | | | | |
| **Link Color N.A. Inc.** **23C Poplar St.** **East Rutherford, NJ 07073** | - | | | | | | | | 2,593.00 |
| **Account No.** | | | | | | | | | |
| **LNS America, Inc.** **4621 East Tech Drive** **Cincinnati, OH 45245** | - | | | | | | | | 1,917.50 |

Sheet no. __20__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,778.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                           ,          Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Lofaro & Reiser, LLP 20 Court Street Suite 4 Hackensack, NJ 07601 | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| Longwood Elastomers Inc. 706 Green Valley Rd. Greensboro, NC 27408 | - | | | | | | **2,307.86** |
| Account No. | | | | | | | |
| MacFarlane Nameplate Inc. 185 Carlingview Dr. Toronto, ON M9W5E8 | - | | | | | | **2,925.00** |
| Account No. | | | | | | | |
| Machinery Values Inc. 401 Supor Blvd. #1 Harrison, NJ 07029 | - | | | | | | **1,700.00** |
| Account No. | | | | | | | |
| Major Hardware Supply 587 Pompton Ave. Cedar Grove, NJ 07009 | - | | | | | | **483.10** |

Sheet no. __21__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **7,415.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                       Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Manco Plating 390 Park Ave. Newark, NJ 07107 | | | | | | | | 455.00 |
| Account No. | | - | | | | | | |
| Marlboro Manufacturing c/o C2C Resources 56 Perimeter Center East Suite 100 Atlanta, GA 30346 | | | | | | | | 5,806.08 |
| Account No. | | - | | | | | | |
| Marlboro MFG. 11750 Marlboro Ave., N.E. Alliance, OH 44601 | | | | | | | | 3,365.88 |
| Account No. | | - | | | | | | |
| Master Metal 57 Wood St. Paterson, NJ 07524 | | | | | | | | 3,317.04 |
| Account No. | | - | | | | | | |
| Mate Precision Tooling 1295 Lund Blvd. Anoka, MN 55303 | | | | | | | | 2,633.56 |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     15,577.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Mate Precision Tooling Inc. c/o Pioneer Capital Solutions Inc. PO Box 719 Anoka, MN 55303-0727 | - | | | | | | | | 2,633.56 |
| Account No. | | | | | | | | | |
| Mazda American Credit 1005 Convention Plaza Saint Louis, MO 63101 | - | | | | | | | | 477.20 |
| Account No. | | | | | | | | | |
| McMaster-Carr PO Box 3116 Chicago, IL 60680-7690 | - | | | | | | | | 5,988.57 |
| Account No. xx4601 | | | | | | | | | |
| McMaster-Carr Supply Co. NJ c/o Bilateral Credit 1980 Pawtucket Ave. Suite 2A East Providence, RI 02914-1715 | - | | | | | | | | 9,488.57 |
| Account No. | | | | | | | | | |
| Measurement Specialties Inc. 20630 Plummer Street Chatsworth, CA 91311 | - | | | | | | | | 1,835.00 |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,422.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **United Support Solutions, Inc.**                                    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MGM Manufacturing, LLC** <br> **174 Kinderkamack Road** <br> **Park Ridge, NJ 07656** | - | | | | | | 3,450.00 |
| Account No. <br><br> **Miles Rubber** <br> **9020 Dutton Drive** <br> **Belleville, NJ 07109** | - | | | | | | 10,832.50 |
| Account No. <br><br> **Monroe PMP** <br> **1030 Doris Rd.** <br> **Auburn Hills, MI 48326** | - | | | | | | 2,511.16 |
| Account No. <br><br> **MSC Industrial Supply** <br> **75 Maxess Road** <br> **Melville, NY 11747** | - | | | | | | 7,819.50 |
| Account No. <br><br> **Muenz-Engineered Sales Co.** <br> **PO Box 309** <br> **Summit, NJ 07902-0309** | - | | | | | | 969.45 |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          25,582.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Newark Electronics** PO Box 94151 Palatine, IL 60094 | - | | | | | | 1,586.93 |
| Account No. | | | | | | | |
| **NextEra Energy Services** PO Box 25236 Houston, TX 77070 | - | | | | | | 24,752.76 |
| Account No. | | | | | | | |
| **NJ Dept. of Environmental Protect** PO Box 029 Trenton, NJ 08625 | - | | | | | | 21,296.14 |
| Account No. | | | | | | | |
| **NJ Division of Fire Safety** DCA BFCE-DORES PO Box 663 Trenton, NJ 08646-0663 | - | | | | | | 1,795.75 |
| Account No. | | | | | | | |
| **NJ Manufacturers Automobile** 301 Sullivan Way West Trenton, NJ 08628 | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __25__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 49,431.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| NJ Manufacturers Workerscomp 301 Sullivan Way West Trenton, NJ 08628 | | - | | | | | 13,465.08 |
| Account No. | | | | | | | |
| Northern Display Products LLC 9 Kavalec Lane Warwick, NY 10990 | | - | | | | | 2,000.00 |
| Account No. | | | | | | | |
| Northern Trucking and Logistic 200 Garden City Plaza, Suite 224 Garden City, NY 11530 | | - | | | | | 398.00 |
| Account No. | | | ACH withdrawal monthly | | | | |
| Nylo Altus GTS Inc. PO Box 1389 Kenner, LA 70063 | | - | | | | | Unknown |
| Account No. xxx5532 | | | | | | | |
| Nylo Metal Finishing, LLC c/o Altus Global Trade Solutions PO Box 1389 Kenner, LA 70063 | | - | | | | | 12,230.60 |

Sheet no. __26__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    | 28,093.68

B6F (Official Form 6F) (12/07) - Cont.

In re   __United Support Solutions, Inc._____,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nylo Metal Finishing, LLC 730 North Main St. Waterbury, CT 06704 | - | | | | | | 8,230.60 |
| Account No. | | | | | | | |
| O'Neal Flat Rolled Metals 1 Fitzgerald Ave. Monroe Township, NJ 08831 | - | | | | | | 10,807.58 |
| Account No. | | | | | | | |
| Olymic Steel Inc. c/o Weinstock & O'Malley, P.A. 107 West Main Street PO Box 5419 Clinton, NJ 08809 | - | | | | | | 15,949.72 |
| Account No. | | | | | | | |
| Olympic Steel Inc. PO Box 200683 Pittsburgh, PA 15251-0683 | - | | | | | | 15,949.72 |
| Account No. | | | | | | | |
| Orrvilon, Inc. 400 Dairy Lane Orrville, OH 44667 | - | | | | | | 1,588.52 |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,526.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PABST Enterprises <br> 67 Pennsylvania Ave. <br> Elizabeth, NJ 07201 | - | | | | | | 480.00 |
| Account No. <br><br> Pacent Engineering Corp. <br> 470 Mamaroneck Ave. Suite 402 <br> Elizabeth, NJ 07201 | - | | | | | | 329.92 |
| Account No. <br><br> Parker Chomerics <br> 77 Dragon Court <br> Woburn, MA 01888 | - | | | | | | 2,696.50 |
| Account No. <br><br> Peerless Powder Coating <br> 220A Goffle Rd. <br> Hawthorne, NJ 07506 | - | | | | | | 1,709.10 |
| Account No. <br><br> Penn Stainless Products <br> 190 Kelly Road <br> Quakertown, PA 18951 | - | | | | | | 25,695.40 |

Sheet no. __28__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,910.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pete Tomasini & Company LLC 411 Charles Street New Milford, NJ 07646 | | - | | | | | | 593.08 |
| Account No. | | | | | | | | |
| Phoenix Industries 105 West Dewey Ave. Wharton, NJ 07885 | | - | | | | | | 918.00 |
| Account No. | | | | | | | | |
| Pierce Aluminum Co., Inc 995 Mearns Rd. Warminster, PA 18974 | | - | | | | | | 22,109.97 |
| Account No. | | | | | | | | |
| Pierce Aluminum Headquarters c/o Rauch-Milliken International, Inc. PO Box 8390 Metairie, LA 70011-8390 | | - | | | | | | 28,334.38 |
| Account No. | | | | | | | | |
| Pinto Service, Inc. 95 Route 46 West Garfield, NJ 07026 | | - | | | | | | 1,091.00 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        53,046.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Plate-Craft Graphics, LLC** <br> **172 Main St.** <br> **West Orange, NJ 07052** | - | | | | | | | 60.00 |
| Account No. | | | | | | | | |
| **Pride Solvents and Chemicals** <br> **211 Randolph Ave.** <br> **Avenel, NJ 07001** | - | | | | | | | 2,722.45 |
| Account No. | | | | | | | | |
| **Product Identification Co. Inc.** <br> **141 Lanza Ave. Bldg. 19** <br> **Garfield, NJ 07026** | - | | | | | | | 2,688.36 |
| Account No. | | | | | | | | |
| **Professional Results, Inc.** <br> **150 Deer Forest Trail** <br> **Fayetteville, GA 30214** | - | | | | | | | 2,000.00 |
| Account No. **xxx# xxxIT02** | | | | | | | | |
| **Protech Powder Coatings** <br> **c/o Convergent Commercial, Inc.** <br> **925 Westchester Ave.** <br> **Suite 101** <br> **West Harrison, NY 10604** | - | | | | | | | 1,869.05 |

| | | |
|---|---|---|
| Sheet no. **30** of **41** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,339.86 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                            Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Protech Powder Coatings**<br>**PO Box 33212**<br>**Detroit, MI 48232-5212** | | - | | | | | | 1,869.05 |
| Account No. **Cedar Grove location** | | | | | | | | |
| **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | | - | | | | | | 56,091.68 |
| Account No. **Totowa location** | | | | | | | | |
| **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | | - | | | | | | 16,980.22 |
| Account No. | | | | | | | | |
| **Randolph Products Co.**<br>**33 Haynes Circle**<br>**Chicopee, MA 01020** | | - | | | | | | 982.72 |
| Account No. | | | | | | | | |
| **Rapid Rivet & Fastener Corp.**<br>**121 Tolede Street**<br>**Farmingdale, NY 11735** | | - | | | | | | 105.00 |

Sheet no. __31__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     76,028.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.** _____,    Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. RED-D-ARC Inc. 1513 South Washington Ave. Piscataway, NJ 08854 | - | | | | | | 604.61 |
| Account No. Reliable Electric Motor Repair 19-21 California Ave. Paterson, NJ 07503 | - | | | | | | 2,163.71 |
| Account No. Reliance Screw Products 2325 Louisiana Ave. N Minneapolis, MN 55427 | - | | | | | | 2,832.90 |
| Account No. Rosewood Builders, Inc. 9 Sheridan St. Nashua, NH 03064 | - | | | | | | 3,836.00 |
| Account No. Rummel Industries 697 Rahway Ave. Union, NJ 07083 | - | | | | | | 1,649.37 |

Sheet no. __32__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,086.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ryder Transportation Services**<br>PO Box 96723<br>Chicago, IL 60693 | - | | | | | | 4,259.91 |
| Account No. | | | | | | | |
| **SAATI Paint**<br>247 Route 100<br>Somers, NY 10589 | - | | | | | | 20.00 |
| Account No. | | | | | | | |
| **Sabic Polymershapes, Inc.**<br>120 Andrews Road<br>Hicksville, NY 11801 | - | | | | | | 3,667.44 |
| Account No. | | | | | | | |
| **Samuel, Son & Co. Inc.**<br>1700 Ridgely St.<br>Baltimore, MD 21230-2006 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **Sandstrom Products co.**<br>224 Sout Main St.<br>Port Byron, IL 61275-9501 | - | | | | | | 134.28 |

Sheet no. __33__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,081.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Saw Systems**<br>**1579 Enterprise Parkway**<br>**Twinsburg, OH 44087** | - | | | | | | 539.17 |
| Account No.<br><br>**Schenck, price, Smith & King**<br>**PO Box 991**<br>**Florham Park, NJ 07932** | - | | | | | | 11,750.17 |
| Account No.<br><br>**Schenck, Price, Smith & King**<br>**220 Park Avenue**<br>**PO Box 991**<br>**Florham Park, NJ 07932** | - | | | | | | 15,673.07 |
| Account No.<br><br>**Sericol Fujifilm USA Inc.**<br>**Graphic Div.**<br>**155 Clearview Ave.**<br>**Edison, NJ 08837** | - | | | | | | 297.39 |
| Account No.<br><br>**Shear-Rite Steel**<br>**80 Newtown Rd.**<br>**Plainview, NY 11803-4302** | - | | | | | | Unknown |

Sheet no. __34__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    28,259.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                    ,          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sherwin Williams 6 Currie Ave. Wallington, NJ 07057 | - | | | | | | | 14,400.85 |
| Account No. | | | | | | | | |
| Shop Tech 180 Glastonbury Blvd. Suite303 Glastonbury, CT 06033 | - | | | | | | | 3,540.00 |
| Account No. | | | | | | | | |
| SJ Transportation 1176 US Route 40 Woodstown, NJ 08098 | - | | | | | | | 1,435.90 |
| Account No. | | | | | | | | |
| Small Quantities NJ Inc. 66 Ethel Rd. Edison, NJ 08817 | - | | | | | | | 546.00 |
| Account No. | | | | | | | | |
| Speedcut Tool & Supply Corp. 145 Fairfield Rd. Fairfield, NJ 07004 | - | | | | | | | 385.41 |

Sheet no. __35__ of __41__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    20,308.16

B6F (Official Form 6F) (12/07) - Cont.

In re __United Support Solutions, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Spraylat Corp. 716 Columbus Ave. Mount Vernon, NY 10550 | - | | | | | | | 839.30 |
| Account No. | | | | | | | | |
| SunCrest Farms 97 Minnisink Rd. Totowa, NJ 07512 | - | | | | | | | 693.17 |
| Account No. | | | | | | | | |
| Supreme Energy Inc. 532 Freeman St. Orange, NJ 07050 | - | | | | | | | 2,962.21 |
| Account No. | | | | | | | | |
| TCI Powder Coatings 734 Dixon Dr. Ellaville, GA 31806 | - | | | | | | | 831.01 |
| Account No. | | | | | | | | |
| TE-CO Manufacturing 109 Quinter Farm Rd. Englewood, OH 45322 | - | | | | | | | 3,099.16 |

Sheet no. __36__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,424.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.** _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Technical Nameplate 92 First St. Passaic, NJ 07055 | | - | | | | | 5,642.36 |
| Account No. | | | | | | | |
| Tektronix 2500 Main St. Extension Sayreville, NJ 08872 | | - | | | | | 273.92 |
| Account No. | | | | | | | |
| Thomas Earley 175 Cedar Street Cedar Grove, NJ 07009 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Torres Precision Inc. 703A 29th St. Paterson, NJ 07504 | | - | | | | | 591.00 |
| Account No. | | | | | | | |
| Township of Cedar Grove 525 Pompton Ave. Cedar Grove, NJ 07009 | | - | | | | | 14,294.72 |

Sheet no. _37_ of _41_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,802.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**TRB Electroplate**<br>**6 Morris St.**<br>**Paterson, NJ 07501** | | - | | | | | | 631.30 |
| Account No.<br><br>**Tri State Crating & Pallett Co.**<br>**85 Fulton St.**<br>**Paterson, NJ 07501** | | - | | | | | | 3,500.00 |
| Account No.<br><br>**Uline**<br>**220 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | | - | | | | | | 4,904.51 |
| Account No.<br><br>**Ultimate Spinning/Turning**<br>**9 Willow St.**<br>**Moonachie, NJ 07074** | | - | | | | | | 1,907.80 |
| Account No.<br><br>**Union Ink**<br>**453 Broad Ave.**<br>**Ridgefield, NJ 07657** | | - | | | | | | 684.26 |

Sheet no. __38__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        11,627.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Verizon 1<br>PO Box 408<br>Newark, NJ 07107-0408 | - | | | | | | 516.74 |
| Account No. | | | | | | | |
| W and J Home and Gardens<br>6 Elm Dr.<br>Cedar Grove, NJ 07009 | | | | | | | 1,760.50 |
| Account No. | | | | | | | |
| Walsh-Atkinson Co. Inc.<br>1801 Arctic Ave<br>Bohemia, NY 11716 | - | | | | | | 995.10 |
| Account No. | | | | | | | |
| Wayne Tool & Supply Co.<br>279-293 Laurel Ave.<br>Kearny, NJ 07032 | - | | | | | | 2,535.10 |
| Account No. | | | | | | | |
| WB Mason<br>PO Box 981101<br>Boston, MA 02298-1101 | - | | | | | | 60.65 |

Sheet no. __39__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,868.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **United Support Solutions, Inc.**                                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Welder Training & Testing 1144N Graham St. Allentown, PA 18109 | - | | | | | | | 250.82 |
| Account No. | | | | | | | | |
| Well Bilt Industries, Inc. 2 Maple Ave. Linden, NJ 07036 | - | | | | | | | 8,837.10 |
| Account No. | | | | | | | | |
| Wilbert Plastics 1000 Oaks Parkway Belmont, NC 28012 | - | | | | | | | 13,329.07 |
| Account No. | | | | | | | | |
| Wilcox-Slidders, Inc. 18 Passaic Ave. Unit #3 Fairfield, NJ 07004 | - | | | | | | | 3,979.48 |
| Account No. | | | | | | | | |
| Williams Form Engineering Corp 103 Kestrel Drive Collegeville, PA 19426 | - | | | | | | | 16,741.00 |

Sheet no. __40__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        43,137.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **United Support Solutions, Inc.**                                          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wolcott-Park Ellsworth Adhesive 1700 Hudson Ave. Rochester, NY 14617 | | - | | | | | | 197.02 |
| Account No. | | | | | | | | |
| Woodward Engery 73 Water Street PO Box 777 Bridgeton, NJ 08302-0499 | | | | | | | | 22,184.85 |
| Account No. | | | | | | | | |
| Yarde Metals 603 Murray Rd. East Hanover, NJ 07936 | | - | | | | | | 112,000.00 |
| Account No. | | | | | | | | |
| Yodice & Co. 1259 Route 46 Bldg. #1 Parsippany, NJ 07054 | | - | | | | | | 2,031.25 |
| Account No. | | | | | | | | |
| Zero Manufacturing Inc. 500 West. 200 North North Salt Lake, UT 84054 | | - | | | | | | 53,520.00 |

Sheet no. __41__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 189,933.12 |
| Total (Report on Summary of Schedules) | 1,522,238.63 |

B6G (Official Form 6G) (12/07)

In re   **United Support Solutions, Inc.** _____,    Case No. _____
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Air Gas<br>5 Iron Horse Road<br>Oakland, NJ 07436 | Rental on Equipment |
| Army Contracting Comman NJ<br>Picatinny Arsenal<br>Phipps Road<br>Building 9<br>Picatinny Arsenal, NJ 07806 | Metal Finishing Contract |
| Army Contracting Command NJ<br>Phipps Road<br>Building 9<br>Picatinny Arsenal, NJ 07806-5000 | Rapid Prototyping & Engineering Contract |
| Army Contracting Command NJ<br>Picatinny Arsenal<br>Phipps Road<br>Building 9<br>Picatinny Arsenal, NJ 07806 | Manufacturing Contract |
| Army Contracting Command,<br>Rock Island Arsenal<br>Rodman Avenue<br>Building 211<br>Rock Island, IL 61299-5000 | Fresh Air-Box Manufacturing Contract |
| Bank of America Leasing and Capital<br>2600 W. Big Beaver Rd.<br>Troy, MI 48084 | Master Security Agreement between Mazak Corporation and Unitied Support Solutions and Joseph and John Ostering assigned to Bank of America Leasing and Capital |
| CIT Finance<br>PO Box 550559<br>Jacksonville, FL 32255-0599 | Photo Copier Lease<br>Acct. # 900-0221077-000 |
| Defense Logistics Agency Aberdeen<br>6001 Combat Drive Room<br>C1-301<br>Aberdeen Proving Ground, MD 21005-1846 | Control Box Manufacturing Contract |
| Hasar LLC<br>PO Box 620<br>Totowa, NJ 07511 | Real Property Rental |

**1**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **United Support Solutions, Inc.**
_____ ,          Case No. _____
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| MTK Holdings LLC<br>134 Sand Park Road<br>Cedar Grove, NJ 07009 | Real Property Rental |
| Naval Air Warfare Center AD<br>Lakehurst<br>Highway 547<br>Building 562-3-, Room 306<br>Lakehurst, NJ 08773 | Machining Contract |
| Naval Air Warfare Center AD<br>Lakehurst<br>Highway 547<br>Building 120<br>Lakehurst, NJ 08773 | FOSOV Metalwork, Cables, & Kitting Contract |
| Naval Surface Warfare Center<br>Crane Division<br>300 Highway 361<br>Building 2035<br>Crane, IN 47522-5001 | Hardware Enclosure Contract |
| Naval Surface Warfare Center<br>Carderock Division<br>9500 Macarthur Boulevard<br>Bethesda, MD 20817 | Welding Contract |
| Ryder Transportation<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Truck Rental Lease<br>ACH Withdrawal |
| Wells Fargo<br>Leasing Customer SER<br>MAC N0005-055<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | Photo Copier Lease<br>Acct. #603-0006081-000<br>ACH Withdrawal |

Sheet   __1__  of  __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **United Support Solutions, Inc.**
_____
                    Debtor

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Bank of America<br>2600 W. Big Beaver Rd.<br>Troy, MI 48084 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Amada America Inc.<br>7025 Firestone Blvd<br>Buena Park, CA 90621 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Ralph Ortiz<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Ralph Ortiz, Jr.<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Jeff Lepier<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| John Ostering<br>21 Upland Way<br>Verona, NJ 07044 | Juan Guiterez<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 |
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Bank of America<br>2600 W. Big Beaver Road<br>Troy, MI 48084 |

_1_
____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

In re   **United Support Solutions, Inc.**            Case No. _____

                                             Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Ralph Ortiz<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Ralph Ortiz, Jr.<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Jeff Lepier<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| Joseph Ostering<br>23 Personette Avenue<br>Verona, NJ 07044 | Juan Guiterez<br>c/o Lisa Fittipaldi, Esq.<br>DiFrancesco Bateman<br>15 Mountain Blvd.<br>Warren, NJ 07059 |
| MTK Holdings, LLC<br>134 Sand Park Road<br>Cedar Grove, NJ 07009 | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 |
| Radiant Wraps, LLC<br>134 Sand Park Road<br>Cedar Grove, NJ 07009 | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **United Support Solutions, Inc.**                                      Case No. _____
                                         _____                    Chapter    **11**   _____
                                              Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**73**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 19, 2015**  _____          Signature  _____
                                                                      **Joseph Ostering**
                                                                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re  **United Support Solutions, Inc.**                                                     Case No.  _____

                                                        Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,892,000.00** | **2015 YTD: Gross Revenue** |
| **$7,820,500.00** | **2014: Gross Revenue** |
| **$7,982,831.00** | **2013: Gross Revenue** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit C** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **To be provided** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Amada America, Inc. v. United Support Solutions et al.** **ESX-L-5956-15** | | **Superior Court of New Jersey** **Law Division: Essex County** | |
| **John Paradiso v. Joe and John d/b/a United Support Solutions** **Docket Number 7226-15** | | **Superior Court of New Jersey** **Law Division, Special Civil Part** **Passaic County** | |
| **Yarde Metals, Inc. v. United Supprt Solutions** **Docket No.: L-6870-14** | | **Superior Court of New Jersey** **Essex County/Law Division** | |
| **Technical Nameplate Corporation v. United Support Solutions, Inc.** **Docket# DC-2151-15** | | **Superior Court of New Jersey** **Law Division Special Civil Part** **Essex County** | |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# Exhibit C

# Check Summary

## United Support Solutions

Vendor Breakdown

Check Date 07/01/15 to 09/30/15

Date: 10/02/15

Time: 04:20:09 pm

| Vendor Code | Vendor | Federal ID Number | Gross | Discount | Net |
|---|---|---|---|---|---|
| | NJ Dept of Labor | | $17,000.00 | $.00 | $17,000.00 |
| | Western Commerce Bank | | $914.80 | $.00 | $914.80 |
| | Western Commerce | | $914.80 | $.00 | $914.80 |
| | U S Treasury | | $138.00 | $.00 | $138.00 |
| | Superior Cour | | $30.00 | $.00 | $30.00 |
| | State Of New Jersey NJ-927 | | $15,512.24 | $.00 | $15,512.24 |
| | State of New Jersey | | $14,000.00 | $.00 | $14,000.00 |
| | State of Conn | | $60.60 | $.00 | $60.60 |
| | Stan Witko | | $65.00 | $.00 | $65.00 |
| | Precision Electric Motor Works | | $529.65 | $.00 | $529.65 |
| | ADP Total Source | | $3,547.20 | $.00 | $3,547.20 |
| | Patricia Stone | | $174.99 | $.00 | $174.99 |
| | Montclair TWP Municipal Court | | $40.00 | $.00 | $40.00 |
| | Miguel Fuentes | | $91.00 | $.00 | $91.00 |
| | Dr Doolen - Verona Opticians | | $225.00 | $.00 | $225.00 |
| | AT&T Mobility | | $278.70 | $.00 | $278.70 |
| | CASH | | $4,393.18 | $.00 | $4,393.18 |
| | Payroll | | $652,837.34 | $3.00 | $652,834.34 |
| | DFAS-Government Installm't | | $3,180.58 | $.00 | $3,180.58 |
| | Luis Roman | | $895.70 | $.00 | $895.70 |
| | Dr Durga Gaviola | | $500.00 | $.00 | $500.00 |
| | Dr. Durga Gaviola | | $400.00 | $.00 | $400.00 |
| | Horizon BC BS NJ Dental | | $681.09 | $.00 | $681.09 |
| | JOHN GARVIE | | $180.00 | $.00 | $180.00 |
| | John Ostering | | $350.00 | $.00 | $350.00 |
| | Joseph Ostering | | $19,661.50 | $.00 | $19,661.50 |
| | Linda Calderio | | $42.55 | $.00 | $42.55 |
| | Commissioner of Revenue | | $250.00 | $.00 | $250.00 |
| AAPC | ALCARO & ALCARO PLATING CO. | | $6,273.78 | $.00 | $6,273.78 |
| AERO. | AEROCOAT | | $520.00 | $.00 | $520.00 |
| AIR GAS | Air Gas | | $12,796.73 | $.00 | $12,796.73 |
| ALLEGIS | Allegis Corporation | | $1,164.00 | $.00 | $1,164.00 |
| ALRO | ALRO STEEL CORPORATION | | $3,136.60 | $.00 | $3,136.60 |
| ALX | ALEXANDRIA PRECISION | | $1,237.50 | $.00 | $1,237.50 |
| AME | Amerisan, LLC | | $248.33 | $.00 | $248.33 |
| ANOPLATE | ANOPLATE CORP. | | $1,534.80 | $.00 | $1,534.80 |
| ARCO | ARCO STEEL | | $504.00 | $.00 | $504.00 |
| AT | Aerotech Processing Solutions | | $4,055.00 | $.00 | $4,055.00 |
| BACON & GRA | Bacon & Graham | | $1,629.00 | $.00 | $1,629.00 |
| BAILEY | Bailey Hydraulics | | $4,773.50 | $.00 | $4,773.50 |
| BANC OF AME | Banc of America Leasing | | $4,878.18 | $.00 | $4,878.18 |
| BANK OF AMEI | Bank of America | | $250.00 | $.00 | $250.00 |
| BARRETT LAZ | Barrett Lazar, LLC | | $1,000.00 | $.00 | $1,000.00 |
| BDI | Bulb Depot Inc. | | $287.94 | $.00 | $287.94 |
| BDU CORP | Bearings & Drives Unlimited | | $7,443.30 | $.00 | $7,443.30 |
| BENNETT | Bennett Heat Treat and Brazing | | $3,028.35 | $.00 | $3,028.35 |

## Check Summary

## United Support Solutions

Vendor Breakdown

Check Date 07/01/15 to 09/30/15

Date: 10/02/15

Time: 04:20:09 pm

| Vendor Code | Vendor | Federal ID Number | Gross | Discount | Net |
|---|---|---|---|---|---|
| CABLE-TOTOV | Cablevision | | $74.90 | $.00 | $74.90 |
| CABLEVISION | Cablevision | | $89.90 | $.00 | $89.90 |
| CAP ONE | Capital One | | $3,801.88 | $.00 | $3,801.88 |
| CHASE CC | Chase-4478 | | $1,175.00 | $.00 | $1,175.00 |
| CHASE-2067 | Chase CC-5315 | | $800.00 | $.00 | $800.00 |
| CHASE-5679 | CHASE CC-5679 | | $500.00 | $.00 | $500.00 |
| CIGNA-GWHI | Cigna-Great West Health Care | | $12,632.65 | $.00 | $12,632.65 |
| CLEAN TOUCH | Clean Touch Inc. | | $452.35 | $.00 | $452.35 |
| CML | CML Heating & Air Conditioning | | $684.80 | $.00 | $684.80 |
| COOP(TOTOV | Cooperative Communications | | $285.97 | $.00 | $285.97 |
| COOPERATIVE | Cooperative Communications, In | | $2,006.86 | $.00 | $2,006.86 |
| CRAMER | CRAMER PLATING | | $4,927.90 | $.00 | $4,927.90 |
| D B ROBERTS | D B ROBERTS, Inc. | | $10,995.24 | $.00 | $10,995.24 |
| DELI | Deligh Industries< INC. | | $325.00 | $.00 | $325.00 |
| DIL | DRIVEN INNOVATIONS, LLC | | $6,583.50 | $.00 | $6,583.50 |
| ENVIR MARKE | Environmental Marketing Servic | | $579.50 | $.00 | $579.50 |
| EPSI | EPSI Masking & Hanging Sols. | | $2,350.36 | $.00 | $2,350.36 |
| EQUITABLE | Equitable Steel Corp | | $17,837.92 | $.00 | $17,837.92 |
| FASTENAL | Fastenal | | $500.00 | $.00 | $500.00 |
| FERM | FERMONT/DRS | | $3,941.00 | $.00 | $3,941.00 |
| FXST | Flex Strut Inc | | $495.00 | $.00 | $495.00 |
| GAETA | Gaeta Recycling Co., Inc. | | $2,086.50 | $.00 | $2,086.50 |
| HADCO | *** VOID *** Hadco Aluminum & | | $.00 | $.00 | $.00 |
| HADCO | Hadco Aluminum & Metal | | $11,512.44 | $.00 | $11,512.44 |
| HBS | Harry Brainum Jr., Inc. | | $10,914.80 | $.00 | $10,914.80 |
| HENRICH | Harold Henrich | | $1,321.80 | $.00 | $1,321.80 |
| HOME DEPOT | Home Depot Credit Services | | $538.26 | $.00 | $538.26 |
| HORIZON | *** VOID *** Horizon BC BS of | | $.00 | $.00 | $.00 |
| HORIZON | Horizon BC BS of NJ | | $12,500.00 | $.00 | $12,500.00 |
| HT FAST | HI-TECH FASTENERS,INC. | | $2,092.03 | $.00 | $2,092.03 |
| HUNTER | Hunter Manufacturing Services. | | $427.20 | $.00 | $427.20 |
| JOHNSC | Johnson Supply Company | | $240.00 | $.00 | $240.00 |
| KDIND | K-D Industries, Inc | | $8,298.00 | $.00 | $8,298.00 |
| LINK | Link Color N.A., Inc. | | $1,606.00 | $.00 | $1,606.00 |
| MACMASTER-( | McMaster-Carr Supply Co. | | $500.00 | $.00 | $500.00 |
| MANCO | Manco Plating | | $1,867.50 | $.00 | $1,867.50 |
| MAZAK | *** VOID *** Mazak Corporation | | $.00 | $.00 | $.00 |
| MAZAK | Mazak Corporation | | $128.11 | $.00 | $128.11 |
| METALIFE | METALIFE INDUSTRIES | | $422.15 | $.00 | $422.15 |
| MHI | Madsen & Howell Inc. | | $1,176.25 | $.00 | $1,176.25 |
| MLII | Metalife Industries Inc | | $152.75 | $.00 | $152.75 |
| MTK | MTK Holdings, Inc | | $22,930.68 | $.00 | $22,930.68 |
| MVI | Machinery Values Inc. | | $1,700.00 | $.00 | $1,700.00 |
| NAZ-DAR | Naz-Dar | | $209.60 | $.00 | $209.60 |
| NDT | Nationwide Drug Testing, Inc. | | $198.00 | $.00 | $198.00 |
| NJ BUSINESS | NJ Business & Industry Associa | | $550.00 | $.00 | $550.00 |
| NJ DIV FIRE | NJ Division of Fire Safety | | $816.25 | $.00 | $816.25 |
| NJ MANUFAC | NJ Manufactures W21832-1 | | $6,732.55 | $.00 | $6,732.55 |

# Check Summary

## United Support Solutions

Vendor Breakdown

Date: 10/02/15

Check Date 07/01/15 to 09/30/15

Time: 04:20:09 pm

| Vendor Code | Vendor | Federal ID Number | Gross | Discount | Net |
|---|---|---|---|---|---|
| NJDEP | NJ Dept. of Environmental Prot | | $1,437.54 | $.00 | $1,437.54 |
| NORTHERN SA | Northern Safety | | $293.54 | $.00 | $293.54 |
| NYLO | NYLO Metal Finishing, LLC | | $500.00 | $.00 | $500.00 |
| PACI | Pierce Aluminum Co., Inc. | | $500.00 | $.00 | $500.00 |
| PARKERSTEVI | Parker Stevens Agency, Inc. | | $.00 | $.00 | $.00 |
| PAYCHEX | PAYCHEX | | $2,899.45 | $.00 | $2,899.45 |
| PBM | PBM Supply Company | | $2,825.25 | $.00 | $2,825.25 |
| PDC | Precision Dip Coating | | $225.00 | $.00 | $225.00 |
| PEERLESS PO | PEERLESS POWDER COATING | | $599.50 | $.00 | $599.50 |
| PHOE | Phoenix Industries | | $800.00 | $.00 | $800.00 |
| PINTO | Pinto Service, Inc. | | $545.50 | $.00 | $545.50 |
| PPU | Precision Parts Unlimited | | $3,450.20 | $.00 | $3,450.20 |
| PRIDE | Pride Solvents and Chemicals | | $2,978.24 | $.00 | $2,978.24 |
| PRMT | PARAMOUNT METAL FINISHING | | $586.50 | $.00 | $586.50 |
| PROTECHPC | Protech Powder Coatings | | $353.30 | $.00 | $353.30 |
| PSC | Pennsylvania Steel Company Inc | | $8,645.32 | $.00 | $8,645.32 |
| PSE&G | PSE&G | | $30,328.13 | $.00 | $30,328.13 |
| PSEG(TOW) | PSE&G | | $5,730.71 | $.00 | $5,730.71 |
| RAB | Rabinowitz, Lubetkin & Tully | | $10,000.00 | $.00 | $10,000.00 |
| RAPID | Rapid Rivet & Fastener Corp | | $.00 | $.00 | $.00 |
| RFQ TESTING | RFQTesting Services | | $50.00 | $.00 | $50.00 |
| RSP | Reliance Screw Products | | $500.00 | $.00 | $500.00 |
| RYDER | Ryder Transportation Services | | $2,111.80 | $.00 | $2,111.80 |
| SAM | SAMUEL, SON & CO. INC | | $62,608.98 | $.00 | $62,608.98 |
| SBLI | SBLI Of Massachusetts | | $7,590.00 | $.00 | $7,590.00 |
| SENTRY | Sentry Insurance | | $9,209.14 | $.00 | $9,209.14 |
| SFL | Suburban Fork Lift Inc. | | $900.00 | $.00 | $900.00 |
| SHEAR-RITE | *** VOID *** SHEAR- RITE STEEL | | $.00 | $.00 | $.00 |
| SHEAR-RITE | SHEAR- RITE STEEL | | $64,788.28 | $.00 | $64,788.28 |
| SHERWIN WIL | Sherwin Williams | | $23,325.17 | $.00 | $23,325.17 |
| SPEEDCUT | Speedcut Tool & Supplt Corp. | | $385.41 | $.00 | $385.41 |
| STATE NJ | State of New Jersey | | $1,782.35 | $.00 | $1,782.35 |
| TAUR | *** VOID *** TAURUS PRECISION | | $.00 | $.00 | $.00 |
| TAUR | TAURUS PRECISION INC. | | $21,341.32 | $.00 | $21,341.32 |
| TECH NAMEPL | Bressler-Duyk Law Firm | | $250.00 | $.00 | $250.00 |
| TECH NAMEPL | Technical Nameplate | | $500.00 | $.00 | $500.00 |
| TRB | TRB ELECTROPLATE | | $909.50 | $.00 | $909.50 |
| TRI-STATE | TRI-STATE CRATING & PALLETT | | $6,270.00 | $.00 | $6,270.00 |
| ULINE | Uline | | $1,002.10 | $.00 | $1,002.10 |
| UPS | UPS | | $13,128.81 | $.00 | $13,128.81 |
| USAL | USAble Life | | $260.29 | $.00 | $260.29 |
| VERIZON | Verizon  1 | | $1,569.61 | $.00 | $1,569.61 |
| WEBER OIL | Weber Oil | | $158.97 | $.00 | $158.97 |
| WELLS | Wells Fargo Financial Leasing | | $761.13 | $.00 | $761.13 |
| WILCOX INDU | Wilcox-Slidders, Inc. | | $402.43 | $.00 | $402.43 |
| WILSON | Wilson Tool | | $2,169.27 | $.00 | $2,169.27 |
| WTC | Wayne Tool & Supply Co. | | $4,140.12 | $.00 | $4,140.12 |
| ZERO | ZERO MANUFACTURING INC | | $50,760.00 | $.00 | $50,760.00 |

## Check Summary

### United Support Solutions

Vendor Breakdown

Check Date 07/01/15 to 09/30/15

Date: 10/02/15

Time: 04:20:09 pm

| Vendor Code | Vendor | Federal ID Number | Amounts | | |
|---|---|---|---|---|---|
| | | | Gross | Discount | Net |
| | | Totals: | $1,301,188.39 | $3.00 | $1,301,185.39 |

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Olympic Steel Inc. v. United Support Solutions, Inc.**<br>**Docket No. L-5898-15** | | **Superior Court of New Jersey**<br>**Law Division**<br>**Essex County** | |
| **Liberty Pressed Metals LLC v. United Support Solutions Inc. TA United Silk Screeners Inc.**<br>**DC-008882-15** | | **Superior Court of New Jersey**<br>**Law Division**<br>**Special Civil Part**<br>**Essex County** | |
| **Penn Stainless Products Inc. v. United Support Solutions t/a United Support Solutions**<br>**Docket No. L 6727-14** | | **Superior Court of New Jersey**<br>**Law Division**<br>**Essex County** | |
| **O'Neal Flat Rolled Metals v. United Support Solutions, Inc.**<br>**Docket No. DC-8363-15** | | **Superior Court of New Jersey**<br>**Law Division**<br>**Special Civil Part**<br>**Essex County** | |
| **Woodruff Energy, Inc. v. United Support Solutions, Inc.**<br>**Docket No. CUM-L-000716.-14** | | **Superior Court of New Jersey**<br>**Law Division**<br>**County of Cumberland** | |
| **American Express Travel Related Services Company, Inc. v. United Support Solutions, Inc. d/b/a United Support Solutions**<br>**Docket No. L-7479-14** | | **Superior Court of New Jersey**<br>**Law Division, Civil Division**<br>**Essex County** | |
| **Bank of America Leasing and Capital LLC as assignee of Mazak Corporation v. United Support Solutions, Inc., Joseph Ostering and John Ostering**<br>**Docket No. ESX-L-6787-15** | | **Superior Court of New Jersey**<br>**Essex County**<br>**Law Division** | |
| **Ortiz et al. v. United Support Solutions**<br>**ESX-L-1767-13** | | **Superior Court of New Jersey**<br>**Essex County** | |

None
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Liberty Press**<br>**151 Irishtown Rd.**<br>**Kersey, PA 15846** | **October 2, 2015** | **$10,000** |
| **O'Neil Metals**<br>**1 Fitzgerald Ave.**<br>**Monroe Township, NJ 08831** | **October 8, 2015** | **$1,800** |

---

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

## 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rabinowitz, Lubetkin & Tully, LLC**<br>**293 Eisenhower Parkway**<br>**Livingston, NJ 07039** | **Septenber 15, 2015 $10,000**<br>**MTK Holdings, LLC October 6, 2015**<br>**$5,000**<br>**October 16, 2015 $50,000** | **$65,000**<br>**Of the initial retainer, $15,000**<br>**was applied to immediate,**<br>**pre-petition services leaving a**<br>**post-petition retainer balance**<br>**of $50,000.** |

B7 (Official Form 7) (04/13)
5

---

#### 10. Other transfers

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

#### 11. Closed financial accounts

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Columbia Bank**<br>**1027 Pompton Ave**<br>**Cedar Grove, NJ 07009** | **Acct#2055** | **$0**<br>**October 7, 2015** |

---

#### 12. Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

#### 13. Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

#### 14. Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)
6

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
     occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
     address of either spouse.

ADDRESS                          NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
     Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
     commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
     the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
     the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

### 18 . Nature, location and name of business

None
■

  a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

  *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

  *If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **John Ostering**<br>**c/o United Support Solutions**<br>**134 Sand Park Road**<br>**Cedar Grove, NJ 07009** | |
| **Carol Leraris**<br>**c/o United Support Solutions**<br>**134 Sand Park Road**<br>**Cedar Grove, NJ 07009** | |
| **Patricia Stone**<br>**c/o United Support Solutions**<br>**134 Sand Park Road**<br>**Cedar Grove, NJ 07009** | |
| **Yodice & Co.**<br>**1259 Route 46, Building 1**<br>**Parsippany, NJ 07054** | **2009-present** |

None
☐

  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **New Jersey Manufacturing** | **301 Sullivan Way**<br>**West Trenton, NJ 08028** | **annually** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■   of the debtor. If any of the books of account and records are not available, explain.

NAME                                                           ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|
| **December 2014** | **John Ostering** | **$874,000** |
| **December 2013** | **John Ostering** | **$974,000** |

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|----------------------------------------------------------|
| **December 2014** | **John Ostering**<br>**c/o United Support Solutions**<br>**134 Sand Park Road**<br>**Cedar Grove, NJ 07009** |
| **December 2013** | **John Ostering**<br>**c/o United Support Solutions**<br>**134 Sand Park Road**<br>**Cedar Grove, NJ 07009** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| **John Ostering**<br>**21 Upland Way**<br>**Verona, NJ 07044** | **Vice President** | **50%** |
| **Joseph Ostering**<br>**25 Personette Avenue**<br>**Verona, NJ 07044** | **President** | **50%** |

B7 (Official Form 7) (04/13)
9

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Response to No. 3(c)** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October 19, 2015**          Signature _____

Joseph Ostering
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of New Jersey

In re   **United Support Solutions, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $        65,000.00

   Prior to the filing of this statement I have received          $        65,000.00

   Balance Due                                                    $             0.00

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **$10,000 Debtor**
   **$5,000 MTK Holdings, LLC**
   **$50,000 Debtor**

3. The source of compensation to be paid to me is:    Of the initial retainer, $15,000 was applied to immediate pre-petition services leaving a post-petition retainer balance of $50,000.

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 19, 2015**

Barry J. Roy
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100   Fax: 973-597-9119

# United States Bankruptcy Court
## District of New Jersey

In re    **United Support Solutions, Inc.**

_____
                                    Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Ostering**<br>**21 Upland Way**<br>**Verona, NJ 07044** | | | **50%** |
| **Joseph Ostering**<br>**25 Personette Avenue**<br>**Verona, NJ 07044** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 19, 2015**_____

Signature_____
          **Joseph Ostering**
          **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_0_   continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re    **United Support Solutions, Inc.**
Case No. _____
Chapter    **11** _____

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **October 19, 2015** _____

_____
**Joseph Ostering/President**
Signer/Title

A & M Industrial Supply
PO Box 1044
Rahway, NJ 07065


A&M Industrial
c/o Michael R. Shulman, Esq.
551 Summit Ave.
Jersey City, NJ 07306


A.M. Castle Metals
299 Canal Rd.
Fairless Hills, PA 19030


ABL Controls, LLC
2120 S. Calhoun Road
New Berlin, WI 53151


Accent Control Systems
10 Audrey Place
Fairfield, NJ 07004


Aerotech Processing Solutions, Inc.
57 Wood Street
Fort Lee, NJ 07024


Ahmed Rumman
72 Grove St. Apt. 4
Passaic, NJ 07055


Air Gas
5 Iron Horse Road
Oakland, NJ 07436


Air Gas
5 Iron Horse Road
Oakland, NJ 07436


Alabama Aerospace
100 Skylab Drive
Huntsville, AL 35806


Alcaro & Alcaro Plating Co.
112 Pine Street
Montclair, NJ 07042

Alice Wright
999 Hidden Lake Dr. Apt. 4J
North Brunswick, NJ 08902


Allendale Machinery
16 Park Way
Saddle River, NJ 07458


Aluminum Shapes, LLC
9000 River Road
Delair, NJ 08110


Amada America Inc.
7025 Firestone Blvd
Buena Park, CA 90621


Amada America Inc.
7025 Firestone Blvd
Buena Park, CA 90621


Amada America Inc.
7025 Firestone Blvd
Buena Park, CA 90621


Amada America Inc.
7025 Firestone Blvd
Buena Park, CA 90621


American Express
c/o Jaffe & Asher LLP
660 Third Ave. 23rd Floor
Attn: Daniel Moken, Esq.
New York, NY 10016


American Waste & Textile Co.
4321 N Knox Ave.
Chicago, IL 60641


Anco Engineering
217 Long Hill Cross Road
Shelton, CT 06484


Andres Prieto
147 Sylvan Ave.
Clifton, NJ 07011

Angel Rivera Vazquez
317 Lafayeete Ave. Basement
Passaic, NJ 07055


Aniela Pacyga
91 South Parkway
Clifton, NJ 07014


Anwar Hussain
50 Don Bosco Ave. 1st fl
Paterson, NJ 07502


Applied Resources Corp.
105 West Dewey Ave, Suite 311
Wharton, NJ 07885


Aqua Pro-Tech Laboratories
1275 Bloomfield Ave.
Fairfield, NJ 07004


Argon
345 West Chestnut Ave.
Monrovia, CA 91016


Arlington Machine & Tool Co.
90 New Dutch Lane
Fairfield, NJ 07004


Armology of Western Pa, Inc.
1231 Rodi Road
Turtle Creek, PA 15145


Army Contracting Comman NJ
Picatinny Arsenal
Phipps Road
Building 9
Picatinny Arsenal, NJ 07806


Army Contracting Command NJ
Phipps Road
Building 9
Picatinny Arsenal, NJ 07806-5000

Army Contracting Command NJ
Picatinny Arsenal
Phipps Road
Building 9
Picatinny Arsenal, NJ 07806


Army Contracting Command,
Rock Island Arsenal
Rodman Avenue
Building 211
Rock Island, IL 61299-5000


Ashley Laboratories, LTD
10030 Harford Road
Baltimore, MD 21234


AST Bearings
115 Main Road
Montville, NJ 07045


Atlantic Coastal Technologies
PO Box 820
Moorestown, NJ 08057-0820


Automatic Air LLC
16780 Oak Road
Bridgeville, DE 19933


Automation Air
c/o c2c Resources
56 Perimeter Center East
Suite 100
Atlanta, GA 30346


Bailey Hydraulics
1931 Bomar Ave.
Fort Worth, TX 76103


Bank of America
2600 West Big Beaver Road
Troy, MI 48084


Bank of America
PO Box 982235
El Paso, TX 79998

Bank of America Leasing and Capital
2600 W. Big Beaver Rd.
Troy, MI 48084


Bank of America Leasing and Capital
2600 W. Big Beaver Rd.
Troy, MI 48084


Bank of America Leasing and Capital LLC
as Assignee of Mazak Corporation
c/o Fleischer, Fleischer & Suglis
Four Greentree Centre, Ste 305
Marlton, NJ 08053


Bauer Factory Supply Inc.
685 Ramsey Ave.
Hillside, NJ 07205


Baxter Rubber Co.
10 Spielman Rd.
Fairfield, NJ 07004


Beata Pawlik
144 Athenia Ave.
Clifton, NJ 07013


Benito Mani
177 Layfayette St.
Newark, NJ 07105


Birmingham Fastener & Supply
c/o National Association of Credit Manag
NACM Southeast
8000 Miller Court E.
Norcross, GA 30071


BMB Fasteners
86 Lackawanna Ave.
Little Falls, NJ 07242


Bojak Company
760 Honeyspot Rd.
Stratford, CT 06615

Boris Engineering, LLC
67 Dawn Rd.
Rocky Point, NY 11778


C.I.L. Inc.
400 Canal Street
Lawrence, MA 01840


Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378


Capital One CC
Box 30285
Salt Lake City, UT 84130-0285


Cardinal Industrial Finishes
4 Harmer St.
Warren, PA 16365


Carol Leraris
5 Robin Place
Fairfield, NJ 07004


CD Hardware
672 Main St.
Harleysville, PA 19438


CED-Orange South
c/o Sklar Law, LLC
1200 Laurel Oak Road
Suite 102
Voorhees, NJ 08043


Centimark
PO Box 536254
Pittsburgh, PA 15253-5904


Centimark Corporation
c/o Lamont, Hanley & Assoc., Inc.
PO Box 179
Manchester, NH 03105-0179

Chase Bank USA
PO Box 15153
Wilmington, DE 19886


Chase Bank USA
PO Box 15153
Wilmington, DE 19886


Chase Bank USA
PO Box 15153
Wilmington, DE 19886


Christopher Alexander
288 Speer Ave.
Clifton, NJ 07013


Christy's Overhead Door
PO Box 101
Millburn, NJ 07041


Cigna-Great West Health Care
Two College Park Dr
Hooksett, NH 03106


Cimquest, Inc.
1545 US Route 206
Bedminster, NJ 07921


CIT Finance
PO Box 550559
Jacksonville, FL 32255-0599


CIT Technology Finance Serv.
PO Box 550599
Jacksonville, FL 32255-0599


City Fire Equipment
733 Ridgedale Ave. Suite 203
East Hanover, NJ 07936


Clean Touch Inc.
784 Morris Turnpike, Suite 123
Short Hills, NJ 07078

Columbia Bank
19-01 Route 208 North
Fair Lawn, NJ 07410


Consolidated Electrical
1807 Palma Dr.
Ventura, CA 93003


Cooper Electric
444 Route 46
Fairfield, NJ 07004


Cooper Electric Supply Co.
c/o Nord & DeMaio
Turnpike Metroplex, Suite 201
190 State Highway 18
East Brunswick, NJ 08816


Cooperative
PO Box 903
Belleville, NJ 07109


Cramer Plating
4 Hoyt Lane
Belvidere, NJ 07823


Crescencio Calderon
943 Main Ave.
Passaic, NJ 07055


Daryl Paino
90 Prospect St.
Little Falls, NJ 07424


David Barrera-Balbuena
215 Palisade Ave. Apt. 1
Garfield, NJ 07026


DB Roberts, Inc.
18 Terry Ave.
Burlington, MA 01803

Defense Logistics Agency Aberdeen
6001 Combat Drive Room
C1-301
Aberdeen Proving Ground, MD 21005-1846


Detroit Industrial Tool
15222 Keswick St.
Van Nuys, CA 91405


DFAS-CKSD/CO
PO Box 979049
Saint Louis, MO 63197-9000


DRS Technologies
141 north Ave.
Bridgeport, CT 06606


Dugla Jaquez
214 47th St.
Union City, NJ 07087


Duplitron Service
205 East 1st Ave.
Roselle, NJ 07203


Dwight Calibration & Instrument
10 Stuyvesant Ave.
Lyndhurst, NJ 07071


Edisson Ruiz Caraballo
72 Grove St. Apt. 4
Passaic, NJ 07055


Edward DiCamillo
338 Sanford Ave.
Lyndhurst, NJ 07071


Ehmke Manufacturing Co.
1961 Fulling Mill Rd.
Middletown, PA 17057


Emco Industrial Plastics
99 Commerce Rd.
Cedar Grove, NJ 07009

Emilio Ordonez
20 Van Riper Ave. Apt. 1
Clifton, NJ 07011


Emmanuel Punla
331 Madison St
Carlstadt, NJ 07072


EPSI Masking & Hanging
4221 Courtney Rd.
Franksville, WI 53126


Erdle Perforating Co.
100 Pixley Industrial Pkwy.
Rochester, NY 14603


Erik Ruiz
44 Sherman St. Apt. 2
Passaic, NJ 07055


Essex Drain & Sewer Cleaning
PO Box 409
Caldwell, NJ 07006


Esteban Lujan
16 Van Riper Ave. Apt. 1
Clifton, NJ 07011


Everest Software
c/o Receivable Management Corporation
400 West Cummings Park
Suite 4450
Woburn, MA 01801


Fastenal
Altus GTS Inc.
PO Box 1389
Kenner, LA 70063


Fasternal
68A Clinton Rd.
Fairfield, NJ 07004

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

First Care Medical Group
50 Pompton Ave.
Verona, NJ 07044

Francisca Grullon
778 Madison Ave.
Paterson, NJ 07501

G.Neil
PO Box 451179
Fort Lauderdale, FL 33345-1179

Gaeta Recycling Co., Inc.
278-282 West Railway Ave.
Paterson, NJ 07503

Garthan Hunte
26 Union Ave.
Passaic, NJ 07055

Glen Ridge Auto
12 Herman St.
Glen Ridge, NJ 07028

Gregory Arndt
3217 Park Ave.
South Plainfield, NJ 07080

GT Machine Tool
32-14 49th St.
Long Island City, NY 11103

Guadalupe Lujan
16 Van Riper Ave.
Clifton, NJ 07011

Happy Begum
118 Rossiter Ave. 1st Floor
Paterson, NJ 07502

Harry Krantz
50 Heartland Blvd.
Edgewood, NY 11717


Hasar LLC
PO Box 620
Totowa, NJ 07511


Havel's
3726 Lonsdale St.
Cincinnati, OH 45227


Haward Corp
29 Porete Ave.
North Arlington, NJ 07031


HD Bronson Inc.
150 Price Rd.
Winsted, CT 06098


HELITEC LLC
c/o GSI Recovery
PO Box 1026
Bloomfield, NJ 07003-1026


Helitec, LLC
32 Franklin Place
Montclair, NJ 07042


Herndon Products, Inc.
3801 Lloyd King Drive
O Fallon, MO 63368


Howard J Moore Co.
210 Terminal Dr.
Plainview, NY 11803


Hunter Manufacturing Service
120 Brighton Rd. Unit #4
Clifton, NJ 07012


Hussin Ahmed
103 Darforth Ave.
Paterson, NJ 07501

II-VI Infrared Inc.
375 Saxonburg Blvd.
Saxonburg, PA 16056


Imperial Metal Finishing Inc.
920 Honeyspot Rd.
Stratford, CT 06615


IMS Enginerred Products LLC
1 Innovation Dr.
Des Plaines, IL 60016


Independence Plating
107 Alabama Ave.
Paterson, NJ 07503


Independence Plating Corp.
c/o Law Office of Jeffrey R. Pocaro
141 South Avenue
Suite 204
Fanwood, NJ 07023


Ingersol Rand Company
95 Newfield Ave.
Edison, NJ 08837


Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


International Sheet Metal
112 Veterans Memorial Drive E
Somerville, NJ 08876


Iris Escurra
82 Cedar Hill Ave.
Belleville, NJ 07109

Island Machine Repair
PO Box 1165
Holbrook, NY 11741-1165


J G Well
32 South Mall
Plainview, NY 11803


Jacquet Mid Atlantic
191 South Keim St. Suite 108
Pottstown, PA 19464


Jade Manufacturing Co.
132 Meadown St.
Warwick, RI 02886


James Andershonis
1 Blackberry Place
Long Valley, NJ 07853


Jannld Cox
179 Michigan Ave. 2nd fl
Paterson, NJ 07504


Jarred Davies
512 Randolph Ave 2nd fl
South Plainfield, NJ 07080


Javier Toxtli
29 Krueger Place Apt. 1
Passaic, NJ 07055


Jay Patel
4 Orchard Grove
Monroe Township, NJ 08831


Jennison Corporation
54 Arch St. Extension
Carnegie, PA 15106


Jesus Sanchez
73 Lake Ave. 2nd fl
Clifton, NJ 07011

Jet Precision Metal
7 Schoon Ave.
Hawthorne, NJ 07506


John Garvie
10 McKinley Ave.
Hawthorne, NJ 07506


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Ostering
21 Upland Way
Verona, NJ 07044


John Paradiso
612 Westwood Ave.
River Vale, NJ 07675

Jorge Arias
555 N 9th St Apt 1
Newark, NJ 07107


Joseph McCue
22 Wentick Street
Totowa, NJ 07512


Joseph Ostering
23 Personette Ave.
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joseph Ostering
23 Personette Avenue
Verona, NJ 07044


Joyce Ostering/Kipp
23 Personette Ave.
Verona, NJ 07044


K-D Industries
18 Falstrom Court
Passaic, NJ 07055

Kelvin Rios Febus
203 Monroe St.
Passaic, NJ 07055


Kevin Ostering
23 Personette Ave.
Verona, NJ 07044


Khoyrul Islam
402 Totowa Ave.
Paterson, NJ 07502


KMR Fire Protection, LLC
31 Matthews Terrace
Bloomingdale, NJ 07403


Liberty Press Metals LLC
151 Irishtown Road
Kersey, PA 15846


Linda Calderio
111 Sherman Place
Garfield, NJ 07026


Link Color N.A. Inc.
23C Poplar St.
East Rutherford, NJ 07073


LNS America, Inc.
4621 East Tech Drive
Cincinnati, OH 45245


Lofaro & Reiser, LLP
20 Court Street
Suite 4
Hackensack, NJ 07601


Longwood Elastomers Inc.
706 Green Valley Rd.
Greensboro, NC 27408


Luis Beristain
17 Brinker Hoff Place
Passaic, NJ 07055

MacFarlane Nameplate Inc.
185 Carlingview Dr.
Toronto, ON
M9W5E8


Machinery Finance Resources
1310 Madrid Street
Suite 107
Marshall, MN 56258


Machinery Finance Resources
1310 Madrid Street
910 Day Hill Road
Windsor, CT 06095


Machinery Values Inc.
401 Supor Blvd. #1
Harrison, NJ 07029


Major Hardware Supply
587 Pompton Ave.
Cedar Grove, NJ 07009


Manco Plating
390 Park Ave.
Newark, NJ 07107


Maria Banka
89 Humboldt St.
East Rutherford, NJ 07073


Mariana Mejia
159 President St. Apt. 6
Passaic, NJ 07055


Maribel Retana
3 Clair St.
Clifton, NJ 07013


Marlboro Manufacturing
c/o C2C Resources
56 Perimeter Center East
Suite 100
Atlanta, GA 30346

Marlboro MFG.
11750 Marlboro Ave., N.E.
Alliance, OH 44601


Master Metal
57 Wood St.
Paterson, NJ 07524


Mate Precision Tooling
1295 Lund Blvd.
Anoka, MN 55303


Mate Precision Tooling Inc.
c/o Pioneer Capital Solutions Inc.
PO Box 719
Anoka, MN 55303-0727


Mazda American Credit
1005 Convention Plaza
Saint Louis, MO 63101


McMaster-Carr
PO Box 3116
Chicago, IL 60680-7690


McMaster-Carr Supply Co. NJ
c/o Bilateral Credit
1980 Pawtucket Ave.
Suite 2A
East Providence, RI 02914-1715


MD Minhaz Ahmed
103 Danforth Ave.
Paterson, NJ 07501


Measurement Specialties Inc.
20630 Plummer Street
Chatsworth, CA 91311


Melissa Spratt
23 Personette Ave.
Verona, NJ 07044

MGM Manufacturing, LLC
174 Kinderkamack Road
Park Ridge, NJ 07656


Michael Barna
209 Cambidge Ave.
Saddle Brook, NJ 07663


Miguel Fuentes
72 Grove St.
Passaic, NJ 07055


Miguel Juarez
15 Weiss St #1
Paterson, NJ 07503


Miguel Sanchez
3 Clair St.
Clifton, NJ 07013


Miles Rubber
9020 Dutton Drive
Belleville, NJ 07109


Monroe PMP
1030 Doris Rd.
Auburn Hills, MI 48326


MSC Industrial Supply
75 Maxess Road
Melville, NY 11747


MTK Holdings LLC
134 Sand Park Road
Cedar Grove, NJ 07009


MTK Holdings, LLC
134 Sand Park Road
Cedar Grove, NJ 07009


Muenz-Engineered Sales Co.
PO Box 309
Summit, NJ 07902-0309

Naval Air Warfare Center AD
Lakehurst
Highway 547
Building 562-3-, Room 306
Lakehurst, NJ 08773


Naval Air Warfare Center AD
Lakehurst
Highway 547
Building 120
Lakehurst, NJ 08773


Naval Surface Warfare Center
Crane Division
300 Highway 361
Building 2035
Crane, IN 47522-5001


Naval Surface Warfare Center
Carderock Division
9500 Macarthur Boulevard
Bethesda, MD 20817


Newark Electronics
PO Box 94151
Palatine, IL 60094


NextEra Energy Services
PO Box 25236
Houston, TX 77070


NJ Dept. of Environmental Protect
PO Box 029
Trenton, NJ 08625


NJ Division of Fire Safety
DCA BFCE-DORES
PO Box 663
Trenton, NJ 08646-0663


NJ Manufacturers Automobile
301 Sullivan Way
West Trenton, NJ 08628

NJ Manufacturers Workerscomp
301 Sullivan Way
West Trenton, NJ 08628


Northern Display Products LLC
9 Kavalec Lane
Warwick, NY 10990


Northern Trucking and Logistic
200 Garden City Plaza, Suite 224
Garden City, NY 11530


Nylo
Altus GTS Inc.
PO Box 1389
Kenner, LA 70063


Nylo Metal Finishing, LLC
c/o Altus Global Trade Solutions
PO Box 1389
Kenner, LA 70063


Nylo Metal Finishing, LLC
730 North Main St.
Waterbury, CT 06704


O'Neal Flat Rolled Metals
1 Fitzgerald Ave.
Monroe Township, NJ 08831


Olymic Steel Inc.
c/o Weinstock & O'Malley, P.A.
107 West Main Street
PO Box 5419
Clinton, NJ 08809


Olympic Steel Inc.
PO Box 200683
Pittsburgh, PA 15251-0683


Orrvilon, Inc.
400 Dairy Lane
Orrville, OH 44667

PABST Enterprises
67 Pennsylvania Ave.
Elizabeth, NJ 07201


Pacent Engineering Corp.
470 Mamaroneck Ave. Suite 402
Elizabeth, NJ 07201


Parker Chomerics
77 Dragon Court
Woburn, MA 01888


Patricia Stone
186 Chestnut St.
Nutley, NJ 07110


Peerless Powder Coating
220A Goffle Rd.
Hawthorne, NJ 07506


Penn Stainless Products
190 Kelly Road
Quakertown, PA 18951


Pete Tomasini & Company LLC
411 Charles Street
New Milford, NJ 07646


Peter Kao
50 Douglas Dr.
Towaco, NJ 07082


Peter Offreda
171Uhland St.
East Rutherford, NJ 07073


Phil Negri
47 Roosevelt Ave.
Westwood, NJ 07675


Phoenix Industries
105 West Dewey Ave.
Wharton, NJ 07885

Pierce Aluminum Co., Inc
995 Mearns Rd.
Warminster, PA 18974


Pierce Aluminum Headquarters
c/o Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Pinto Service, Inc.
95 Route 46 West
Garfield, NJ 07026


Plate-Craft Graphics, LLC
172 Main St.
West Orange, NJ 07052


Pride Solvents and Chemicals
211 Randolph Ave.
Avenel, NJ 07001


Product Identification Co. Inc.
141 Lanza Ave. Bldg. 19
Garfield, NJ 07026


Professional Results, Inc.
150 Deer Forest Trail
Fayetteville, GA 30214


Protech Powder Coatings
c/o Convergent Commercial, Inc.
925 Westchester Ave.
Suite 101
West Harrison, NY 10604


Protech Powder Coatings
PO Box 33212
Detroit, MI 48232-5212


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444

PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Radiant Wraps, LLC
134 Sand Park Road
Cedar Grove, NJ 07009


Rafael Dume Carmona
201 Market St. Apt. 401
Passaic, NJ 07055


Randolph Products Co.
33 Haynes Circle
Chicopee, MA 01020


Rapid Rivet & Fastener Corp.
121 Tolede Street
Farmingdale, NY 11735


RED-D-ARC Inc.
1513 South Washington Ave.
Piscataway, NJ 08854


Reliable Electric Motor Repair
19-21 California Ave.
Paterson, NJ 07503


Reliance Screw Products
2325 Louisiana Ave. N
Minneapolis, MN 55427


Richard Swift
130 New Rd. Apt. H-12
Parsippany, NJ 07054


Robert Calderon
87 Randolph Ave.
Clifton, NJ 07011


Robinson Concepcion
144 Butler St.
Paterson, NJ 07524

Rosewood Builders, Inc.
9 Sheridan St.
Nashua, NH 03064


Rummel Industries
697 Rahway Ave.
Union, NJ 07083


Ryder Transportation
6000 Windward Parkway
Alpharetta, GA 30005


Ryder Transportation Services
PO Box 96723
Chicago, IL 60693


SAATI Paint
247 Route 100
Somers, NY 10589


Sabic Polymershapes, Inc.
120 Andrews Road
Hicksville, NY 11801


Samuel, Son & Co. Inc.
1700 Ridgely St.
Baltimore, MD 21230-2006


Sandstrom Products co.
224 Sout Main St.
Port Byron, IL 61275-9501


Santiago Zamora
193-195 Abington Ave.
Newark, NJ 07107


Saw Systems
1579 Enterprise Parkway
Twinsburg, OH 44087


Schenck, price, Smith & King
PO Box 991
Florham Park, NJ 07932

Schenck, Price, Smith & King
220 Park Avenue
PO Box 991
Florham Park, NJ 07932


Sericol Fujifilm USA Inc.
Graphic Div.
155 Clearview Ave.
Edison, NJ 08837


Shamim Ahmed
110 Carlisle Ave
Paterson, NJ 07501


Shamim Islam
68 River Ave.
Paterson, NJ 07522


Shayek Hussan
175 Carlisle Ave.
Paterson, NJ 07501


Shear-Rite Steel
80 Newtown Rd.
Plainview, NY 11803-4302


Sherwin Williams
6 Currie Ave.
Wallington, NJ 07057


Shop Tech
180 Glastonbury Blvd. Suite303
Glastonbury, CT 06033


SJ Transportation
1176 US Route 40
Woodstown, NJ 08098


Small Quantities NJ Inc.
66 Ethel Rd.
Edison, NJ 08817


Speedcut Tool & Supply Corp.
145 Fairfield Rd.
Fairfield, NJ 07004

Spraylat Corp.
716 Columbus Ave.
Mount Vernon, NY 10550


Stanislaw Witko
106 Van Winkle Ave. 1st fl
Garfield, NJ 07026


State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street
Trenton, NJ 08625


Steve Porowski
25 Crest Hill Rd.
Verona, NJ 07044


SunCrest Farms
97 Minnisink Rd.
Totowa, NJ 07512


Supreme Energy Inc.
532 Freeman St.
Orange, NJ 07050


TCI Powder Coatings
734 Dixon Dr.
Ellaville, GA 31806


TE-CO Manufacturing
109 Quinter Farm Rd.
Englewood, OH 45322


Technical Nameplate
92 First St.
Passaic, NJ 07055


Tektronix
2500 Main St. Extension
Sayreville, NJ 08872


Teresa Gryszko
56 Garden St.
Little Ferry, NJ 07643

Teresa Romero
188 Madison St. Apt. 1
Passaic, NJ 07055


Thomas Earley
175 Cedar Street
Cedar Grove, NJ 07009


Torres Precision Inc.
703A 29th St.
Paterson, NJ 07504


Township of Cedar Grove
525 Pompton Ave.
Cedar Grove, NJ 07009


TRB Electroplate
6 Morris St.
Paterson, NJ 07501


Tri State Crating & Pallett Co.
85 Fulton St.
Paterson, NJ 07501


Tyrone Kornegay
332 Sussex Ave.
Newark, NJ 07107


Uline
220 S. Lakeside Dr.
Waukegan, IL 60085


Ulises Cruz
54 Burges Place 3rd floor
Passaic, NJ 07055


Ultimate Spinning/Turning
9 Willow St.
Moonachie, NJ 07074


Union Ink
453 Broad Ave.
Ridgefield, NJ 07657

Verizon 1
PO Box 408
Newark, NJ 07107-0408


Victor Lopez
83 Timble Ave.
Clifton, NJ 07011


W and J Home and Gardens
6 Elm Dr.
Cedar Grove, NJ 07009


Walsh-Atkinson Co. Inc.
1801 Arctic Ave
Bohemia, NY 11716


Wayne Tool & Supply Co.
279-293 Laurel Ave.
Kearny, NJ 07032


WB Mason
PO Box 981101
Boston, MA 02298-1101


Welder Training & Testing
1144N Graham St.
Allentown, PA 18109


Well Bilt Industries, Inc.
2 Maple Ave.
Linden, NJ 07036


Wells Fargo
Leasing Customer SER
MAC N0005-055
800 Walnut Street
Des Moines, IA 50309-3605


Wilbert Plastics
1000 Oaks Parkway
Belmont, NC 28012


Wilcox-Slidders, Inc.
18 Passaic Ave. Unit #3
Fairfield, NJ 07004

Williams Form Engineering Corp
103 Kestrel Drive
Collegeville, PA 19426


Wolcott-Park Ellsworth Adhesive
1700 Hudson Ave.
Rochester, NY 14617


Woodward Engery
73 Water Street
PO Box 777
Bridgeton, NJ 08302-0499


Yarde Metals
603 Murray Rd.
East Hanover, NJ 07936


Yodice & Co.
1259 Route 46 Bldg. #1
Parsippany, NJ 07054


Zero Manufacturing Inc.
500 West. 200 North
North Salt Lake, UT 84054

# United States Bankruptcy Court
### District of New Jersey

In re __United Support Solutions, Inc.__                          Case No. _____
                                        Debtor(s)          Chapter __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __United Support Solutions, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Ostering**
**21 Upland Way**
**Verona, NJ 07044**

**Joseph Ostering**
**25 Personette Avenue**
**Verona, NJ 07044**

☐ None [*Check if applicable*]

October 19, 2015
Date

Barry J. Roy
Signature of Attorney or Litigant
Counsel for   **United Support Solutions, Inc.**
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**